B1 (Official Form 1) (4/10)

| United States Bankruptcy Court Northern District of Illinois Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Smith-Rothchild Financial Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):   **7384** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**221 N. LaSalle Street**<br>**Suite 1850**<br>**Chicago, IL**<br>ZIP CODE   **60601** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other   Financing/Real Estate

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,000-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (4/10)                                                                                    FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Smith-Rothchild Financial Company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X   Not Applicable**<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐   Yes, and Exhibit C is attached and made a part of this petition.
☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Smith-Rothchild Financial Company** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable**<br>　Signature of Debtor<br><br>X **Not Applicable**<br>　Signature of Joint Debtor<br><br>　Telephone Number (If not represented by attorney)<br><br>　Date | X **Not Applicable**<br>　(Signature of Foreign Representative)<br><br>　(Printed Name of Foreign Representative)<br><br>　Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X ~~*(signature)*~~<br>　Signature of Attorney for Debtor(s)<br><br>**Bruce L. Wald  Bar No. 02919095**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Tishler & Wald, Ltd.**<br>Firm Name<br><br>**200 S. Wacker Drive Suite 3000**<br>Address<br><br>**Chicago, IL 60606**<br><br>**312-876-3800**　　　**312-876-3816**<br>Telephone Number<br><br>*5-28-10*<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X ~~*(signature)*~~<br>　Signature of Authorized Individual<br><br>**Kevin Werner**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>*5-28-10*<br>Date | X **Not Applicable**<br><br>　Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security numbers is provided above.<br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br>If more than one person prepared this document, attach to the appropriate official form for each person.<br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B6A (Official Form 6A) (12/07)

In re:  **Smith-Rothchild Financial Company**                          Case No. _____

                                    Debtor                                                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2 Unit Building<br><br>1120 W. 11th Ave.<br>Gary, IN 46402 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| 2 Unit Building<br><br>11829 S. Lowe Ave.<br>Chicago, IL 60628 | First Mortgage | | $ 20,000.00 | See Rider "A" |
| 2 Unit Building<br><br>14835 Honore Ave.<br>Chicago, IL 60426 | First Mortgage | | $ 25,000.00 | See Rider "A" |
| 2 Unit Building<br><br>2026 W. Superior St.<br>Chicago, IL 60612 | First Mortgage | | $ 175,000.00 | See Rider "A" |
| 2 Unit Building<br><br>3210 W. Fulton Blvd.<br>Chicago, Il 60624 | Fee Owner | | $ 50,000.00 | Unknown |
| 2 Unit Building<br><br>408-414 Bridge St.<br>Gary, IN 46404 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| 2 Unit Building<br><br>633-35 Delaware St.<br>Gary, IN 46404 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| 2 Unit Building<br><br>6609 S. May<br>Chicago, IL 60621 | First Mortgage | | $ 35,000.00 | See Rider "A" |
| 2 Unit Building<br><br>6736 S. Langley Ave.<br>Chicago, IL 60637 | First Mortgage | | $ 150,000.00 | See Rider "A" |
| 2 Unit Building<br><br>6819-21 S. Evans Ave.<br>Chicago, IL 60637 | First Mortgage | | $ 60,000.00 | See Rider "A" |

B6A (Official Form 6A) (12/07) - Cont.

In re:  **Smith-Rothchild Financial Company**                    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2 Unit Building<br><br>6830 S. Morgan St.<br>Chicago, IL 60621 | First Mortgage | | $ 50,000.00 | See Rider "A" |
| 2 Unit Building<br><br>6938 S. Racine Ave.<br>Chicago, IL 60636 | First Mortgage | | $ 125,000.00 | See Rider "A" |
| 2 Unit Building<br><br>724 N. Homan Ave.<br>Chicago, IL 60624 | First Mortgage | | $ 40,000.00 | See Rider "A" |
| 2 Unit Building<br><br>12253 S. Parnell<br>Chicago, IL 60628 | Fee Owner | | $ 50,000.00 | Unknown |
| 2 Unit Building<br><br>1319 Marshall St.<br>Gary, IN 46404 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| 2 Unit Building<br><br>317 W. 59th Place<br>Chicago, IL 60621 | Fee Owner | | $ 25,000.00 | Unknown |
| 2 Unit Building<br><br>5125 S. Wolcott Avenue<br>Chicago, IL 60609 | Fee Owner | | $ 75,000.00 | See Rider "B" |
| 2 Unit Building<br><br>544 W. 60th Place<br>Chicago, IL 60622 | Fee Owner | | $ 75,000.00 | Unknown |
| 2 Unit Building<br><br>735 W. 61st St.<br>Chicago, IL 60621 | Fee Owner | | $ 75,000.00 | See Rider "B" |
| 2 Unit Building<br><br>739 W. 61st St.<br>Chicago, IL 60621 | Fee Owner | | $ 75,000.00 | See Rider "B" |

B6A (Official Form 6A) (12/07) - Cont.

In re:   **Smith-Rothchild Financial Company**                                     Case No. _____

_____                                                    (If known)
Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2 Unit Building 4201 S. Prairie Chicago, IL 60653 | Fee Owner | | $ 100,000.00 | See Rider "B" |
| 3 Unit Building 1121 May St. Hammond, IN 46320 | First Mortgage | | $ 100,000.00 | See Rider "A" |
| 3 Unit Building 11222 S. Indiana Ave. Chicago, IL 60628 | First Mortgage | | $ 20,000.00 | See Rider "A" |
| 3 Unit Building 228 E. Ridge Road Gary, IN 46409 | First Mortgage | | $ 50,000.00 | See Rider "A" |
| 3 Unit Building 3911 W. 14th St. Chicago, IL 60623 | First Mortgage | | $ 50,000.00 | See Rider "A" |
| 3 Unit Building 4085 Lousiana St. Gary, IN 46409 | Fee Owner | | $ 7,500.00 | Unknown |
| 3 Unit Building 5536 S. King Dr. Chicago, IL 60426 | First Mortgage | | $ 150,000.00 | See Rider "A" |
| 3 Unit Building 631 E. Kane St. Hammond, IN 46320 | Fee Owner | | $ 7,500.00 | See Rider "B" |
| 3 Unit Building 952 W. 11th Ave. Gary, IN 46402 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| 3 Unit Building 3046 W. Polk St. Chicago, IL 60612 | First Mortgage | | $ 50,000.00 | See Rider "A" |

B6A (Official Form 6A) (12/07) - Cont.

In re:   Smith-Rothchild Financial Company _____      Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3 Unit Building<br><br>5358 S. Wells<br>Chicago, IL  60609 | First Mortgage | | $ 100,000.00 | See Rider "A" |
| 3 Unit Building<br><br>5536 S. King Drive<br>Chicago, IL  60637 | Fee Owner | | $ 150,000.00 | See Rider "B" |
| 3 Unit Building<br><br>8136 S. Exchange Ave.<br>Chicago, IL 60617 | First Mortgage | | $ 25,000.00 | See Rider "A" |
| 3 Unit Building<br><br>8136 S. Exchange Avenue<br>Chicago, IL  60617 | First Mortgage | | $ 40,000.00 | See Rider "A" |
| 4 Unit Building<br><br>2637 Pennsylvania<br>Gary, IN 46407 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| 4 Unit Building<br><br>3916 Drummond St.<br>East Chicago, IN 46312 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| 544 W. 60th Place<br>Chicago, IL  60622 | Fee Owner | | $ 75,000.00 | Unknown |
| 6 Unit Building<br><br>234 E. 152nd St.<br>Harvey, IL 60426 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| 8 Unit Building<br><br>1617 W. 56th St.<br>Chicago, IL 60636 | First Mortgage | | $ 50,000.00 | See Rider "A" |
| ingle Family Residence<br><br>425 Fillmore St.<br>Gary, IN 46402 | Fee Owner | | $ 7,500.00 | Unknown |

B6A (Official Form 6A) (12/07) - Cont.

In re:  **Smith-Rothchild Financial Company**                                Case No. _____
                                                                                        (if known)
                                    **Debtor**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Multi-Unit Bldg.<br><br>10801 S. Wentworth Avenue<br>Chicago, IL  60628 | Fee Owner | | $ 50,000.00 | See Rider "B" |
| Multi-Unit Building<br><br>165 W. 144th St.<br>Riverdale, IL 60827 | First Mortgage | | $ 50,000.00 | See Rider "A" |
| Single Family Residence<br><br>1041 Wright St.<br>Gary, IN 46404 | Fee Owner | | $ 7,500.00 | Unknown |
| Single Family Residence<br><br>1071 E. 35th Place<br>Gary, IN 46409 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>10760 S. Champlain Ave.<br>Chicago, IL 60628 | First Mortgage | | $ 20,000.00 | See Rider "A" |
| Single Family Residence<br><br>11534 S. Yale Ave.<br>Chicago, IL 60628 | First Mortgage | | $ 35,000.00 | See Rider "A" |
| Single Family Residence<br><br>1160 Mount<br>Gary, IN 46406 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>1164 Harrison St.<br>Gary, IN 46407 | Fee Owner | | $ 7,500.00 | Unknown |
| Single Family Residence<br><br>11724 S. Prairie Ave.<br>Chicago, IL 60628 | First Mortgage | | $ 35,000.00 | See Rider "A" |
| Single Family Residence<br><br>12222 S. May St.<br>Chicago, IL 60643 | First Mortgage | | $ 40,000.00 | See Rider "A" |

B6A (Official Form 6A) (12/07) - Cont.

In re:  **Smith-Rothchild Financial Company**                                      Case No. _____
_____                                                              (If known)
                          Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence<br><br>1232 Green Place<br>Gary, IN 46403 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>124 Madison Ave.<br>Hobart, IN 46432 | Fee Owner | | $ 7,500.00 | Unknown |
| Single Family Residence<br><br>1279 W. 71st St.<br>Chicago, IL 60636 | First Mortgage | | $ 50,000.00 | See Rider "A" |
| Single Family Residence<br><br>1341 Roosevelt Place<br>Gary, IN 46404 | Fee Owner | | $ 7,500.00 | Unknown |
| Single Family Residence<br><br>1419 E. 19th Ave.<br>Gary, IN 46407 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>1424 Fifth Avenue<br>Chicago Heights, IL 60411 | Fee Owner | | $ 20,000.00 | Unknown |
| Single Family Residence<br><br>14718 Honore Ave.<br>Harvey, IL 60426 | First Mortgage | | $ 25,000.00 | See Rider "A" |
| Single Family Residence<br><br>1529 N. Wallace St.<br>Chicago Heights, IL 60411 | Fee Owner | | $ 20,000.00 | Unknown |
| Single Family Residence<br><br>15728 S. Lexington Ave.<br>Harvey, IL 60426 | First Mortgage | | $ 75,000.00 | See Rider "A" |
| Single Family Residence<br><br>17088 Head Ave.<br>Hazel Crest, IL 60429 | First Mortgage | | $ 25,000.00 | See Rider "A" |

B6A (Official Form 6A) (12/07) - Cont.

In re:  **Smith-Rothchild Financial Company**                          Case No. _____

                        Debtor                                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence<br><br>1917 Central Dr.<br>Gary, IN 46407 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>1950 W. 14th Ave.<br>Gary, IN 46404 | Fee Owner | | $ 7,500.00 | Unknown |
| Single Family Residence<br><br>1958 Arthur St.<br>Gary, IN 46404 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>2022 W. 68th Place<br>Chicago, IL 60636 | First Mortgage | | $ 50,000.00 | See Rider "A" |
| Single Family Residence<br><br>2024 Roosevelt Place<br>Gary, IN 46404 | Fee Owner | | $ 7,500.00 | Unknown |
| Single Family Residence<br><br>2130 Christiana Ave.<br>Chicago, IL 60623 | Fee Owner | | $ 25,000.00 | Unknown |
| Single Family Residence<br><br>2157 E. 20th Ave.<br>Gary, IN 46407 | Fee Owner | | $ 7,500.00 | Unknown |
| Single Family Residence<br><br>2163 Georgia St.<br>Gary, IN 46407 | Fee Owner | | $ 7,500.00 | Unknown |
| Single Family Residence<br><br>229 Marshall St.<br>Gary, IN 46404 | Fee Owner | | $ 7,500.00 | Unknown |
| Single Family Residence<br><br>2429 Madison St.<br>Gary, IN 46407 | Fee Owner | | $ 7,500.00 | Unknown |

B6A (Official Form 6A) (12/07) - Cont.

In re: __Smith-Rothchild Financial Company__                    Case No. _____

                          Debtor                                   (If known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence<br><br>2528 Tyler St.<br>Gary, IN 46407 | Fee Owner | | $ 7,500.00 | Unknown |
| Single Family Residence<br><br>2538 E. 23rd Ave.<br>Gary, IN 46407 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>2549 Fillmore<br>Gary, IN 46407 | Fee Owner | | $ 7,500.00 | Unknown |
| Single Family Residence<br><br>2633 Adams St.<br>Gary, IN 46407 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>300 E. 48th Ave.<br>Gary, IN 46409 | Fee Owner | | $ 7,500.00 | Unknown |
| Single Family Residence<br><br>3511 Grand Blvd.<br>East Chicago, IN 46312 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>3512 163rd St.<br>Hammond, IN 46323 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>3540 Pennsylvania St.<br>Gary, IN 46409 | First Mortgage | | $ 20,000.00 | See Rider "A" |
| Single Family Residence<br><br>3618 Georgia<br>Gary, IN 46409 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>3640 E. 14th Ave.<br>Gary, IN 46403 | First Mortgage | | $ 20,000.00 | See Rider "A" |

B6A (Official Form 6A) (12/07) - Cont.

In re:  **Smith-Rothchild Financial Company**          Case No. _____

               Debtor                                        (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence<br><br>366 Porter St.<br>Gary, IN 46406 | Fee Owner | | $  7,500.00 | Unknown |
| Single Family Residence<br><br>3737 Lincoln St.<br>Gary, IN 46408 | First Mortgage | | $  7,500.00 | See Rider "A" |
| Single Family Residence<br><br>3750 Harrison St.<br>Gary, IN 46408 | Fee Owner | | $  7,500.00 | Unknown |
| Single Family Residence<br><br>3754 W. 20th Place<br>Gary, IN 46404 | Fee Owner | | $  7,500.00 | Unknown |
| Single Family Residence<br><br>3986 Polk St.<br>Gary, IN 46408 | First Mortgage | | $  7,500.00 | See Rider "A" |
| Single Family Residence<br><br>405 Pierce St.<br>Gary, IN 46402 | First Mortgage | | $  7,500.00 | See Rider "A" |
| Single Family Residence<br><br>4072 Jackson St.<br>Gary, IN 46408 | Fee Owner | | $  7,500.00 | Unknown |
| Single Family Residence<br><br>4120 Grant St.<br>Gary, IN 46408 | First Mortgage | | $  7,500.00 | See Rider "A" |
| Single Family Residence<br><br>416 Madison St.<br>Gary, IN 46402 | First Mortgage | | $  7,500.00 | See Rider "A" |
| Single Family Residence<br><br>4165 Jefferson St.<br>Gary, IN 46408 | Fee Owner | | $  7,500.00 | Unknown |

B6A (Official Form 6A) (12/07) - Cont.

In re:   **Smith-Rothchild Financial Company**                                    Case No. _____

                              Debtor                                                          (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence<br><br>4251 Connecticut St.<br>Gary, IN 46409 | Fee Owner | | $ 7,500.00 | Unknown |
| Single Family Residence<br><br>4617 E. 10th Ave.<br>Gary, IN 46403 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>4834 Olcott Ave.<br>East Chicago, IN 46312 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>4928 Drummond Street 1<br>East Chicago, IN 46312 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>4935-39 Kentucky St.<br>Gary, IN 46409 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>5110 Connecticut<br>Gary, IN 46409 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>5149 Tennessee St.<br>Gary, IN 46409 | Fee Owner | | $ 7,500.00 | Unknown |
| Single Family Residence<br><br>5214 Sangamon<br>Chicago, IL 60609 | First Mortgage | | $ 25,000.00 | See Rider "A" |
| Single Family Residence<br><br>526 E. 154th Place<br>Phoenix, IL 60426 | First Mortgage | | $ 25,000.00 | See Rider "A" |
| Single Family Residence<br><br>5356 S. Honore Ave.<br>Chicago, IL 60609 | First Mortgage | | $ 40,000.00 | See Rider "A" |

B6A (Official Form 6A) (12/07) - Cont.

In re:   **Smith-Rothchild Financial Company** _____        Case No. _____
                                                                                                    (If known)
                              Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence<br><br>553 Chase St.<br>Gary, IN 46404 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>5964 S. Lowe<br>Chicago, IL 60621 | Fee Owner | | $ 25,000.00 | Unknown |
| Single Family Residence<br><br>608 Water St.<br>Joliet, IL 60436 | First Mortgage | | $ 25,000.00 | See Rider "A" |
| Single Family Residence<br><br>6142 S. May St.<br>Chicago, IL 60621 | First Mortgage | | $ 35,000.00 | See Rider "A" |
| Single Family Residence<br><br>6624 S. Peoria St.<br>Chicago, IL 60621 | Fee Owner | | $ 25,000.00 | Unknown |
| Single Family Residence<br><br>7211 S. Hermitage Ave.<br>Chicago, IL 60636 | First Mortgage | | $ 35,000.00 | See Rider "A" |
| Single Family Residence<br><br>7400 S. Maryland Ave.<br>Chicago, IL 60619 | First Mortgage | | $ 60,000.00 | See Rider "A" |
| Single Family Residence<br><br>829 N. Lawler<br>Chicago, IL 60638 | Fee Owner | | $ 25,000.00 | Unknown |
| Single Family Residence<br><br>839 Delaware St.<br>Gary, IN 46402 | Fee Owner | | $ 7,500.00 | Unknown |
| Single Family Residence<br><br>852 Rhode Island<br>Gary, IN 46402 | Fee Owner | | $ 7,500.00 | Unknown |

B6A (Official Form 6A) (12/07) - Cont.

In re:  __Smith-Rothchild Financial Company__                          Case No. _____
                                                                                  (If known)
                            Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence<br><br>854 Vermont St.<br>Gary, IN 46402 | First Mortgage | | $  7,500.00 | See Rider "A" |
| Single Family Residence<br><br>864 E. 35th Ct.<br>Gary, IN 46409 | First Mortgage | | $  7,500.00 | See Rider "A" |
| Single Family Residence<br><br>919 Central Ave.<br>Gary, IN 46407 | Fee Owner | | $  7,500.00 | Unknown |
| Single Family Residence<br><br>952 Hirsch Boulevard<br>Calumet City, IL 60409 | First Mortgage | | $  40,000.00 | See Rider "A" |
| Single Family Residence<br><br>953 Morton St.<br>Gary, IN 46404 | First Mortgage | | $  7,500.00 | See Rider "A" |
| Single Family Residence<br><br>10825 S. Vincennes<br>Chicago, IL  60643 | Fee Owner | | $  50,000.00 | Unknown |
| Single Family Residence<br><br>1259 W. 16th Ave.<br>Gary, IN. 46407 | First Mortgage | | $  7,500.00 | See Rider "A" |
| Single Family Residence<br><br>1535 S. Stewart<br>Chicago Heights, IL  60411 | Fee Owner | | $  35,000.00 | Unknown |
| Single Family Residence<br><br>1620 Hanover St.<br>Chicago Heights, IL  60411 | Fee Owner | | $  75,000.00 | Unknown |
| Single Family Residence<br><br>1644 Calvert West<br>South Bend, IN 46613 | First Mortgage | | $  7,500.00 | See Rider "A" |

B6A (Official Form 6A) (12/07) - Cont.

In re:  **Smith-Rothchild Financial Company**                                              Case No. _____
                                                                                                                  (if known)
                        Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence<br><br>3632 W. Giles Ave.<br>Chicago, IL  60653 | Fee Owner | | $ 75,000.00 | Unknown |
| Single Family Residence<br><br>536-38 Jefferson St.<br>Gary, IN 46402 | First Mortgage | | $ 7,500.00 | See Rider "A" |
| Single Family Residence<br><br>611 S. 4th Avenue<br>Maywood, IL  60153 | Fee Owner | | $ 75,000.00 | Unknown |
| | | Total ➤ | $ 3,760,000.00 | |

(Report also on Summary of Schedules.)

# RIDER "A" to Schedule A

All of the Listed 1st Mortgages are Encumbered by
Security Interests in favor of CIT Group, Inc. and Cole Taylor Bank
to Secure Loans to Debtor in the Amount of $3.8 Million

## RIDER "B" to Schedule A

- The seven properties listed below have mortgages in favor of Shefsky & Froelich, Ltd. in the total amount of $140,000; and

- subsequent mortgages on Nos. 1-6 below in favor of Stone, Pogrund & Korey, Ltd. in the total amount of $100,000.

1. 5536 S. King Drive
   Chicago, IL 60637

2. 739 W. 61st Street
   Chicago, IL 60621

3. 735 W. 61st Street
   Chicago, IL 60621

4. 10801 S. Wentworth Ave.
   Chicago, IL 60628

5. 5125 S. Wolcott Avenue
   Chicago, IL 60609

6. 4210 S. Prairie
   Chicago, IL 60653

7. 631 E. Kane St.
   Hammond, IN 46320

B6B (Official Form 6B) (12/07)

In re  **Smith-Rothchild Financial Company** _____,    Case No. _____

Debtor    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cole Taylor Bank**<br>**9550 W. Higgins Road**<br>**Rosemont, IL  60018**<br><br>**Debtor had numerous checking accounts and it is unknown if any are active at this time.** | | Unknown |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Unknown** | | Unknown |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Mortgages held on Schedule A** | | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Smith-Rothchild Financial Company**                    Case No. _____
                                                                                                      (If known)
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Possible tax refund due of $566,000 (estimated) for 2008. Taxes not filed. | | 566,000.00 (est.) |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous printers and office supplies | | 400.00 (est.) |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____1_____  continuation sheets attached          Total  ▶  | $ 566,400.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  **Smith-Rothchild Financial Company** _____   Case No. _____
_____
Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CIT Group, Inc.<br>505 5th Avenue<br>4th Floor<br>New York, NY 10017 | | | 12/01/2006<br>**CIT holds a secured position on 1st mortgages on properties listed on Schedule A in which Debtor is 1st Mortgage Holder** | | | | 2,900,000.00 | Unknown |
| ACCOUNT NO.<br><br>Cole Taylor Bank<br>9550 LW. Higgins Road<br>Rosemont, IL 60018 | | | 06/01/2007<br>**Second $900,000 loan is also secured on the 1st mortgages held by Debtor.** | | | | 900,000.00 | Unknown |
| ACCOUNT NO.<br><br>Cole Taylor Bank<br>9550 W. Higgins Road<br>Rosemont, IL 60018 | | | 12/01/2006<br>**Cole Taylor holds $900,000 of a total of $3.8 Million as a 1st secured creditor on mortgages in which Debtor is 1st mortgage holder.** | | | | 900,000.00 | Unknown |
| ACCOUNT NO.<br><br>Shefsky & Froelich, Ltd.<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601 | | | 2009<br><br>**Mortgages on 7 properties owned by Debtor as listed on Rider "B" to Schedule A.** | | | | 140,000.00 | Unknown |

1   continuation sheets attached

Subtotal  ▶
(Total of this page)

$ 4,840,000.00 | $   0.00

Total  ▶
(Use only on last page)

$            | $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re   Smith-Rothchild Financial Company                           Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Stone, Pogrund & Korey, LLC<br>1 E. Wacker Drive<br>Suite 2610<br>Chicago, IL 60601 | | | 09/11/2009<br>Subsequent mortgages on properties owned by Debtor as listed In Nos. 1-6 on Rider "B" to Schedule A. | | | | 100,000.00 | Unknown |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ▶
(Total of this page)

Total  ▶
(Use only on last page)

| | |
|---|---|
| $   100,000.00 | $        0.00 |
| $ 4,940,000.00 | $        0.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re    **Smith-Rothchild Financial Company** _____,                    Case No. _____
                                              Debtor                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

B6E (Official Form 6E) (4/10) – Cont.

In re    **Smith-Rothchild Financial Company**                                    Case No. _____
_____                                         (If known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority:  **Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Kevin Werner<br>101 W. Superior<br>Unit 505<br>Chicago, IL  60654 | | | 06/01/2009<br>**Salary** | | | | 100,000.00 | 11,725.00 | $88,275.00 |
| ACCOUNT NO.<br>Steve Werner<br>1233 Hillside Road<br>Northbrook, IL  60062 | | | 06/01/09<br>**Salary** | | | | 100,000.00 | 11,725.00 | $88,275.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | | |
|---|---|---|---|
| Subtotals ▷<br>(Totals of this page) | $ 200,000.00 | $ 23,450.00 | $ 176,550.00 |
| Total ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 200,000.00 | | |
| Total ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 23,450.00 | $ 176,550.00 |

B6F (Official Form 6F) (12/07)

In re  **Smith-Rothchild Financial Company**                        Case No. _____
                    Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **167**<br><br>**Aaron Straus**<br>**1800 Touhy Avenue**<br>**Elk Grove Village, IL 60007** | | | **09/18/2006**<br><br>**Investment** | | | | **100,000.00** |
| ACCOUNT NO.   **15**<br><br>**Adelle Katz**<br>**2440 W. Estes**<br>**Apt. 2**<br>**Chicago, IL  60645** | | | **1991 - 2006**<br><br>**Investment** | | | | **79,264.00** |
| ACCOUNT NO.<br><br>**ADP**<br>**209 W. Jackson Boulevard**<br>**Chicago, IL 60606** | | | **2009 - Payroll Services** | | | | **25,000.00** |
| ACCOUNT NO.   **178**<br><br>**Alan Meyers**<br>**10 Rolling Ridge**<br>**Northfield, IL 60093** | | | **01/25/2007**<br><br>**Investment** | | | | **200,000.00** |
| ACCOUNT NO.   **P7**<br><br>**Allen Sutker**<br>**330 Hazel Avenue**<br>**Highland Park, IL  60035** | | | **June, 2004 - Converted Note into Preferred Shares** | | | | **100,000.00** |

<u>29</u>   Continuation sheets attached

|  |  |
|---|---|
| Subtotal  ▸ | $    **504,264.00** |
| Total  ▸ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>Smith-Rothchild Financial Company</u>                              Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Anthony Disano <br> 615 Cordial Drive <br> Des Plaines, IL  60018 | | | Investment | | | | 50,000.00 |
| ACCOUNT NO.   P9 <br><br> Anthony Disano <br> 615 Cordial Drive <br> Des Plaines, IL  60018 | | | June, 2004 - Converted Note into Preferred Shares | | | | 25,000.00 |
| ACCOUNT NO.   183 <br><br> Anthony Disano <br> 400 N. LaSalle <br> Unit 2110 <br> Chicago, IL  60654 | | | 04/02/2007 <br> Investment | | | | 200,000.00 |
| ACCOUNT NO.   212 <br><br> Arnold Redman <br> 7366 N. Lincoln Avenue <br> Lincolnwood, IL  60712 | | | 02/01/2008 <br> Investment | | | | 75,000.00 |
| ACCOUNT NO.   85 <br><br> Barbara Cohen <br> 767 Wild Dunes Ct. <br> Riverwoods, IL  60015 | | | 05/31/2002 <br> Investment | | | | 150,000.00 |

Sheet no. <u>1</u> of <u>29</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 500,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Smith-Rothchild Financial Company**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  P14<br><br>Ben Rafalson<br>431 Locust<br>Wilmette, IL  60091 | | | June, 2004 - Converted Note into Preferred Shares | | | | 200,000.00 |
| ACCOUNT NO.<br><br>Bill Volpe<br>902 W. Armitage<br>Unit 2<br>Chicago, IL  60614 | | | 2008 - Wages | | | | 24,999.00 |
| ACCOUNT NO.<br><br>Blackman Kallick<br>10 S. Riverside Plaza<br>Chicago, IL  60606 | | | 2010 - Accounting Services | | | | 5,000.00 |
| ACCOUNT NO.  169<br><br>Brian Kreiter<br>380 Sheridan Road<br>Winnetka, IL  60093 | | | 10/10/2006<br><br>Investment | | | | 25,000.00 |
| ACCOUNT NO.  145<br><br>Bruce & Elizabeth D'Alba<br>10 Maple Hill Road<br>Glencoe, IL  60022 | | | 04/13/2006<br><br>Investment | | | | 100,000.00 |

Sheet no.  2 of 29 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          354,999.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Smith-Rothchild Financial Company**_____    Case No. _____
    Debtor    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    137<br><br>Bryant Robinson<br>17161 Bridle Trail<br>Gurnee, IL  60031 | | | 01/23/2006<br><br>Investment | | | | 200,000.00 |
| ACCOUNT NO.    151<br><br>Burlev Limited Partnership<br>5225 W.  Touhy Avenue<br>#216<br>Skokie, IL  60077 | | | 05/16/2006<br><br>Investment | | | | 50,000.00 |
| ACCOUNT NO.<br><br>Crowe Horwath, LLP<br>Attn:  Susan A. Kornbrot, QPA<br>P.O. Box 3697<br>One Mid America Plaza - Suite 700<br>Oak Brook, IL  60522-3697 | | | 2008 Contributions for 401(k) Plan | | | | 48,000.00 |
| ACCOUNT NO.    95<br><br>David Goldberg<br>201 Apple Tree Rd.<br>Winnetka, IL  60093 | | | 09/22/2003<br><br>Investment | | | | 75,000.00 |
| ACCOUNT NO.    168<br><br>David Pogrund<br>90087 Tamaroq Terrace<br>Skokie, IL  60076 | | | 10/10/2006<br><br>Investment | | | | 60,000.00 |

Sheet no. _3_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▶  $    433,000.00

Total  ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Smith-Rothchild Financial Company</u>                          Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  P22 | | | | | | | 19,372.00 |
| David Pogrund<br>Stone, Pogrund, Korey<br>1 E. Wacker Drive<br>Suite 2610<br>Chicago, IL  60601 | | | June, 2004 - Converted Note into Preferred Shares | | | | |
| ACCOUNT NO.  119 | | | | | | | 275,000.00 |
| David Snyder<br>10 Old Hunt Rd.<br>Northfield, IL  60093 | | | 2005 - 2006<br><br>Investment | | | | |
| ACCOUNT NO.  8 | | | | | | | 10,000.00 |
| Debra Stark<br>4116 Greenwood St.<br>Skokie, IL  60076 | | | 08/18/1997<br><br>Investment | | | | |
| ACCOUNT NO.  127 | | | | | | | 50,000.00 |
| Deloris Jackson<br>928 Fountain View Drive<br>Deerfield, IL  60015 | | | 10/17/2006<br><br>Investment | | | | |
| ACCOUNT NO.  52 | | | | | | | 25,000.00 |
| Denise Morton<br>18 Country Lane<br>Northfield, IL  60093 | | | 05/17/1993<br><br>Investment | | | | |

Sheet no. <u>4</u> of <u>29</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  > $  379,372.00

Total  > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Smith-Rothchild Financial Company**                     Case No. _____
                    Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  P19<br><br>Dennis Disano<br>615 Cordial Drive<br>Des Plaines, IL  60018 | | | June, 2004 - Converted Note into Preferred Shares | | | | 25,000.00 |
| ACCOUNT NO.  P8<br><br>Dennis Disano<br>615 Cordial Drive<br>Des Plaines, IL  60018 | | | June, 2004 - Converted Note into Preferred Shares | | | | 25,000.00 |
| ACCOUNT NO.  117<br><br>Donald Schneider<br>2201 Welsh Rd.<br>Dresher, PA | | | 06/27/2005<br><br>Investment | | | | 23,907.00 |
| ACCOUNT NO.  112<br><br>Donald Schneider<br>1824 A N Dayton<br>Chicago, IL  60614 | | | 12/21/2006<br><br>Investment | | | | 25,000.00 |
| ACCOUNT NO.  132<br><br>Ed Fox<br>1765 Orchid Ct.<br>Highland Park, IL  60035 | | | 12/22/2010<br><br>Investment | | | | 300,000.00 |

Sheet no.  5 of 29 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    398,907.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Smith-Rothchild Financial Company</u>                         Case No. _____
                                        Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  204<br><br>Ed Mitchell<br>2020 Chestnut<br>Glenview, IL  60025 | | | 8/14/07 & 10/25/07 - Investment | | | | 175,000.00 |
| ACCOUNT NO.  141<br><br>Eric Robert Greitens<br>13320 Windbrooke Ln.<br>St. Louis, MO  63146 | | | 03/09/2006<br><br>Investment | | | | 160,032.00 |
| ACCOUNT NO.  56<br><br>Eugene Jackson<br>Unknown | | | 10/16/2006<br><br>Investment | | | | 50,000.00 |
| ACCOUNT NO.  27<br><br>Evelyn & Hilerie Sher<br>1250 S. Indiana<br>Unit 1306<br>Chicago, IL  60605 | | | 1990 - 1997<br><br>Investment | | | | 70,000.00 |
| ACCOUNT NO.  83<br><br>Frank Wolff<br>1696 Foltz Dr.<br>Hoffman Estates, IL  60169 | | | 02/14/2002<br><br>Investment | | | | 200,000.00 |

Sheet no.  6  of 29 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $                655,032.00

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Smith-Rothchild Financial Company**                          Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    211 <br><br> Fred & Belle Kornick <br> 1251 Hilary Lane <br> Highland Park, IL 60025 | | | 01/11/2008 <br><br> Investment | | | | 1,000,000.00 |
| ACCOUNT NO.    157 & 199 <br><br> Fred & Lila Bondy <br> 1150 Mohawk <br> Wilmette, IL 60091 | | | 2006 - 2007  Investment | | | | 150,000.00 |
| ACCOUNT NO.    180 <br><br> Fred Kornick <br> 1251 Hilary Lane <br> Highland Park, IL 60035 | | | 02/02/2007 <br><br> Investment | | | | 200,000.00 |
| ACCOUNT NO.    148 - 206 <br><br> Frederick Kreiter <br> 380 Sheridan Road <br> Winnetka , IL 60093 | | | 2006 - 2007  Investment | | | | 280,000.00 |
| ACCOUNT NO.    54 <br><br> Gayle Cohen-Gurtz <br> 2520 Thorngate Lane <br> Riverwoods, IL 60015 | | | 06/08/1993 <br><br> Investment | | | | 100,000.00 |

Sheet no. _7_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    >  $    1,730,000.00

Total    >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Smith-Rothchild Financial Company**                    ,          Case No. _____
                          Debtor                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**General Electric Capital Corporation**<br>**c/o Askounis & Darcy, PC**<br>**401 N. Michigan Ave.**<br>**Suite 550**<br>**Chicago, IL  60611** | | | 02/02/2006<br><br>**Office Equipment & Furniture Leases** | | | | 106,889.76 |
| ACCOUNT NO.   **P18**<br><br>**Glen Movish**<br>**203 Estate Court**<br>**Northbrook, IL  60062** | | | June, 2004 - **Converted Note into Preferred Shares** | | | | 49,000.00 |
| ACCOUNT NO.   **146**<br><br>**Glenn, Lynn & Lillian Movish**<br>**203 Estate Ct.**<br>**Northbrook, IL  60062** | | | 05/04/2006<br><br>**Investment** | | | | 100,000.00 |
| ACCOUNT NO.   **61**<br><br>**Harold Feder**<br>**4545 W. Touhy**<br>**Lincolnwood, IL  60712** | | | 12/01/2000<br><br>**Investment** | | | | 25,000.00 |
| ACCOUNT NO.   **199**<br><br>**Harris & Rea Barnett**<br>**3510 Oaks Way**<br>**Apt. 409**<br>**Pompano Beach, FL  33069** | | | 06/21/2007<br><br>**Investment** | | | | 100,000.00 |

Sheet no.  8 of 29 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                  Subtotal  ➤  $          380,889.76

                                                                  Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Smith-Rothchild Financial Company**
                                                     Debtor

Case No. _____
                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    111 <br><br> Helen Morton <br> 3420 Tamarind Dr. <br> Northbrook, IL  60062 | | | 1993 - 2005 <br><br> Investment | | | | 75,000.00 |
| ACCOUNT NO.    81 <br><br> Hilerie Sher <br> 1250 S. Indiana <br> Unit 1306 <br> Chicago, IL 60605 | | | 05/06/1997 <br><br> Investment | | | | 20,000.00 |
| ACCOUNT NO.    37 <br><br> Hilerie Sher - IRA <br> 1250 S. Indiana <br> Unit 1306 <br> Chicago, IL  60605 | | | 1991 - 1994 <br><br> Investment | | | | 12,000.00 |
| ACCOUNT NO.    190 <br><br> Howard Polk <br> 595 Euclid Ct. <br> Highland Park, IL  60035 | | | 05/15/2007 <br><br> Investment | | | | 50,000.00 |
| ACCOUNT NO.    75 <br><br> Ida Urkov, Estate of <br> c/o Stone, Pogrund, Korey <br> 1 E. Wacker Drive <br> Suite 2610 <br> Chicago, IL  60601 | | | 1992 - 1999 <br><br> Investment | | | | 55,000.00 |

Sheet no. _9_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    212,000.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Smith-Rothchild Financial Company_____     Case No. _____
                         Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  162<br><br>Irwin Veit Family Trust<br>4545 W. Touhy Ave.<br>Lincolnwood, IL  60712 | | | 07/13/2006<br><br>Investment | | | | 100,000.00 |
| ACCOUNT NO.  159 & 160<br><br>Jean Zalesny<br>2805 Paris Rd.<br>Olympia Fields, IL | | | 07/26/2006<br><br>2006 - 2007  -  Investment | | | | 140,500.00 |
| ACCOUNT NO.  98<br><br>Jermiah Chavoen<br>19 W 181 80th St.<br>Downers Grove, IL | | | 12/09/2003<br><br>Investment | | | | 100,000.00 |
| ACCOUNT NO.  196 & 215<br><br>Jerry Friedman<br>1799 Greenbay Road<br>Glencoe IL  60022 | | | 2007 - 2008  Investment | | | | 95,000.00 |
| ACCOUNT NO.  185<br><br>Jerry Friedman IRA<br>1799 Greenbay Road<br>Glencoe, IL  60022 | | | 05/23/2007<br><br>Investment | | | | 100,000.00 |

Sheet no. _10_ of _29_ continuation sheets attached to Schedule of Creditors          Subtotal ➤ $          535,500.00
Holding Unsecured
Nonpriority Claims

                                                                                       Total ➤ $
                                                                       (Use only on last page of the completed Schedule F.)
                                                              (Report also on Summary of Schedules and, if applicable on the Statistical
                                                                        Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Smith-Rothchild Financial Company** _____          Case No. _____

Debtor          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   96<br><br>Jerry Kogen<br>4256 Huehl Rd.<br>Bldg. 4B<br>Northbrook, IL  60062 | | | 10/02/2003<br><br>Investment | | | | 25,000.00 |
| ACCOUNT NO.   175<br><br>Jill Werner<br>1233 Hillside<br>Northbrook, IL  60062 | | | 12/14/2006<br><br>Investment | | | | 50,000.00 |
| ACCOUNT NO.   164<br><br>Joel & Rosann Glantz<br>4532 Deer Trail<br>Northbrook, IL  60062 | | | 09/08/2006<br><br>Investment | | | | 200,000.00 |
| ACCOUNT NO.<br><br>John Hancock, as Fund Manager<br>of 401(k) Plan<br>6250 North River Road<br>Rosemont, IL  60018 | | | 2008 Contributions for 401(k) Plan - $48,000 | | | | 0.00 |
| ACCOUNT NO.   142 & 181<br><br>John Oberman<br>841 W. Castlewood<br>Chicago, IL  60640 | | | 2006 - 2007  Investment | | | | 200,000.00 |

Sheet no. _11_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶  $          475,000.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Smith-Rothchild Financial Company__ _____    Case No. _____
                           Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    139 & 193 <br><br> John Zumpano III Trust <br> 402 Hudson Avenue <br> Clarendon Hills, IL  60514 | | | 2006 - 2010  Investment | | | | 300,000.00 |
| ACCOUNT NO.    P16 <br><br> John Zumpano, III - Trust <br> 402 Hudson Avenue <br> Clarendon Hills  60514 | | | June, 2004 - Converted Note into Preferred Shares | | | | 400,000.00 |
| ACCOUNT NO.    63 & 170 <br><br> Jordan Ross <br> 910 E. Olas Blvd. <br> Unit 200 <br> Ft. Lauderdale  33301 | | | 2000 - 2006 <br><br> Investment | | | | 250,000.00 |
| ACCOUNT NO.    116 <br><br> Joseph Sellitto <br> 1420 Kaywood Lane <br> Glenview, IL  60025 | | | 05/31/2005 <br><br> Investment | | | | 100,000.00 |
| ACCOUNT NO. <br><br> Joud Adbel Majeid <br> 65 E. Scott <br> Unit 11K <br> Chicago, IL  60610 | | | 2008 - Wages | | | | 24,999.00 |

Sheet no.  12  of  29  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▶  $          1,074,999.00

Total  ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Smith-Rothchild Financial Company**                    Case No. _____
                         Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    77 <br><br> **Keith Morton** <br> **18 Country Lane** <br> **Northfield, IL  60093** | | | **1994 - 2000** <br><br> **Investment** | | | | 200,000.00 |
| ACCOUNT NO.    P10 <br><br> **Kevin Werner** <br> **101 W. Superior** <br> **Chicago, IL  60654** | | | **June, 2004 - Converted Note into** <br> **Preferred Shares** | | | | 25,000.00 |
| ACCOUNT NO. <br><br> **Kevin Werner** <br> **101 W. Superior** <br> **Unit 505** <br> **Chicago, IL  60654** | | | **DATE** <br><br> **Investment** | | | | 50,000.00 |
| ACCOUNT NO.    123 <br><br> **Lawrence & Gertrude Rubin** <br> **424 Alpine Lane** <br> **Wilmette, IL  60091** | | | **11/04/2005** <br><br> **Investment** | | | | 25,000.00 |
| ACCOUNT NO.    7 <br><br> **Lawrence Stark** <br> **Debra Pogrund** <br> **4116 Greenwood St.** <br> **Skokie, IL  60076** | | | **10/01/1989** <br><br> **Investment** | | | | 5,000.00 |

Sheet no. _13_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                 305,000.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Smith-Rothchild Financial Company**                            Case No. _____
                                    **Debtor**                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **120**<br><br>**Leah Goldstein**<br>**928 Stables Ct. W**<br>**Highwood, IL  60040** | | | **2005**<br><br>**Investment** | | | | **150,000.00** |
| ACCOUNT NO.   **184**<br><br>**Leonard Goldstein**<br>**1115 Heather Road**<br>**Deerfield, IL  60015** | | | **04/19/2007**<br><br>**Investment** | | | | **100,000.00** |
| ACCOUNT NO.   **174**<br><br>**Leonard Levine**<br>**3944 Proctor Circle**<br>**Arlington Heights, IL  60004** | | | **11/30/2006**<br><br>**Investment** | | | | **50,000.00** |
| ACCOUNT NO.   **38**<br><br>**Lillian Movish**<br>**4388 Knights Bridge Ln**<br>**West Bloomfield, MI  48323** | | | **11/01/1991**<br><br>**Investment** | | | | **25,000.00** |
| ACCOUNT NO.<br><br>**Lincoln Properties**<br>**221 N. LaSalle**<br>**Chicago, IL  60601** | | | **Landlord - Rent Payments** | | | | **5,000.00** |

Sheet no. _14_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                **330,000.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Smith-Rothchild Financial Company**                          Case No. _____
                                    **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **147**<br>Lisa Richker<br>1325 N. State Parkway<br>#11D<br>Chicago, IL  60610 | | | 05/08/2006<br>Investment | | | | 50,000.00 |
| ACCOUNT NO.  **P15**<br>Lois Jackson<br>1250 Randolph Road<br>Unit 2K<br>Northbrook, IL  60062 | | | June, 2004 - Converted Note into Preferred Shares | | | | 30,000.00 |
| ACCOUNT NO.<br>Lois Simon<br>122 Regent Wood Rd.<br>Northfield, IL  60093 | | | June, 2004 - Converted Note into Preferred Shares | | | | 100,000.00 |
| ACCOUNT NO.  **129**<br>Lou Williams<br>230 Concord Lane<br>Chicago, IL  60614 | | | 2005 - 2006<br><br>Investment | | | | 75,000.00 |
| ACCOUNT NO.  **209**<br>Louis Williams, Jr.<br>401 E. Ontario<br>Apt. 4002<br>Chicago, IL  60611 | | | 09/28/2007<br>Investment | | | | 100,000.00 |

Sheet no.  15 of 29 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    355,000.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Smith-Rothchild Financial Company**                              Case No. _____
                           Debtor                                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **125**<br>**Marilyn Corona**<br>**1960 N. Lincoln Park West**<br>**Unit 412**<br>**Chicago, IL 60614** | | | 12/06/2005<br><br>Investment | | | | 25,000.00 |
| ACCOUNT NO. **166**<br>**Mark Frank**<br>**5805 RFD Port Clinton Road**<br>**Long Grove, IL 60097** | | | 09/12/2006<br><br>Investment | | | | 100,000.00 |
| ACCOUNT NO. **33**<br>**Martin Straus**<br>**First Trust Corp. Trustee**<br>**1800 Touhy Ave.**<br>**Elk Grove Village, IL 60007** | | | 1989 - 2006<br><br>Investment | | | | 187,295.00 |
| ACCOUNT NO. **158**<br>**Marvin Wenger**<br>**141 W. Jackson Blvd.**<br>**Suite 380**<br>**Chicago, IL** | | | 07/06/2006<br><br>Investment | | | | 169,744.00 |
| ACCOUNT NO. **30**<br>**Marvin Wenger**<br>**Custodian for Scott Wenger**<br>**141 W. Jackson Blvd.**<br>**Suite 380**<br>**Chicago, IL 60604** | | | 06/01/2000<br><br>Investment | | | | 20,000.00 |

Sheet no. _16_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                  **502,039.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>Smith-Rothchild Financial Company</u>                          Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **149**<br>**Maureen Berger**<br>**1035 Mountain Dr.**<br>**Deerfield, IL  60015** | | | **05/15/2006**<br>**Investment** | | | | **100,000.00** |
| ACCOUNT NO.  **122, 134, 152 & 155**<br>**Melvin Cohen**<br>**8610 N. Keeler**<br>**Skokie, IL  60076** | | | **2005 - 2006  -  Investment** | | | | **750,000.00** |
| ACCOUNT NO.  **136 & 138**<br>**Melvin Cohen Profit Sharing Trust**<br>**555 W. Jackson**<br>**4th Floor**<br>**Chicago, IL  60661** | | | **2006 - Investment** | | | | **350,000.00** |
| ACCOUNT NO.  **105, 135 & 140**<br>**Melvin Cohen Trust**<br>**8610 N. Keeler Ave.**<br>**Skokie, IL  60076** | | | **01/01/2006**<br>**2004 - 2006  -  Investment** | | | | **600,000.00** |
| ACCOUNT NO.  **100**<br>**Mercedes Straus**<br>**1800 Touhy Ave.**<br>**Elk Grove Village, Il  60007** | | | **2003 - 2006  Investment** | | | | **150,000.00** |

Sheet no.  <u>17</u> of <u>29</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **1,950,000.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Smith-Rothchild Financial Company**                                  Case No. _____
_____                                          _____
Debtor                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    99 <br><br> Mercedes Straus ACF Shayna Straus <br> 1800 Touhy Ave <br> Elk Grove Village, IL  60007 | | | 2003 - 2006  Investment | | | | 150,000.00 |
| ACCOUNT NO.    4 & 6 <br><br> Meyer Saltzberg Revocable Trust <br> 3900 S. Mission Hills Rd. <br> Suite 304 <br> Northbrook, IL  60062 | | | 1988 - 2006  Investment | | | | 123,763.00 |
| ACCOUNT NO.    115 & 154 <br><br> Michael Freidlen <br> 1756 N. Mohawk <br> Apt. 2-E <br> Chicago, IL  60614 | | | 2005 - 2006  Investment | | | | 350,000.00 |
| ACCOUNT NO.    154 <br><br> Michael Mininni Ltd. <br> 1 S. Wacker Drive <br> Suite 350 <br> Chicago, IL  60606 | | | 05/25/2006 <br><br> Investment | | | | 100,000.00 |
| ACCOUNT NO.    171 <br><br> Michael Slaven <br> 967 Hillsboro Mile <br> Hillsboro Beach, FL  33062 | | | 2006 - Investment | | | | 250,000.00 |

Sheet no.  18 of 29 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    >    $            973,763.00

Total    >    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Smith-Rothchild Financial Company
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    208 <br><br> Michelle Friedman <br> 317 Edgemont Lane <br> Park Ridge, IL  60068 | | | 10/05/2007 <br><br> Investment | | | | 25,000.00 |
| ACCOUNT NO.    205 <br><br> Nancy Kreiter <br> 380 Sheridan Drive <br> Winnetka, IL  60093 | | | 08/31/2007 <br><br> Investment | | | | 50,000.00 |
| ACCOUNT NO.    192 & 201 <br><br> Nathan & Lee Slutsky <br> 451 Town Place Circle <br> Unit 408 <br> Buffalo Grove, IL  60089 | | | 2007 Investment | | | | 150,000.00 |
| ACCOUNT NO.    198 <br><br> Neil Gurevitz <br> 9201 N. Keeler <br> Sko9kie, IL  60076 | | | 06/01/2007 <br><br> Investment | | | | 100,000.00 |
| ACCOUNT NO.    172 & 207 <br><br> Nikolaus Schneider <br> 516 S. Prospect <br> Park Ridge, IL  60068 | | | 2006 - 2007  Investment | | | | 700,000.00 |

Sheet no.  19 of 29 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    >   $          1,025,000.00

Total    >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Smith-Rothchild Financial Company**                          Case No. _____
_____
Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **130**<br><br>**P. Lawrence Katz**<br>**3 Hickory Lane**<br>**Northbrook, IL  60062** | | | **2003 - 2005**<br><br>**Investment** | | | | **200,000.00** |
| ACCOUNT NO.  **P11**<br><br>**P. Lawrence Katz**<br>**3 Hickory Lane**<br>**Northbrook, IL  60062** | | | **2004 - Converted Note into Preferred Shares** | | | | **200,000.00** |
| ACCOUNT NO.  **57**<br><br>**Patrick Arbor**<br>**180 E. Pearson**<br>**Chicago, IL  60611** | | | **11/13/2001**<br><br>**Investment** | | | | **50,000.00** |
| ACCOUNT NO.<br><br>**Patzik, Frank & Samotny, Ltd.**<br>**150 S. Wacker Drive**<br>**Suite 1500**<br>**Chicago, IL  60606** | | | **2009 - Legal Fees** | | | | **5,000.00** |
| ACCOUNT NO.  **144, 177 & 194**<br><br>**Pete Jorstad**<br>**325 S. Cumberland Ave.**<br>**Park Ridge, IL  60068** | | | **2006 - 2007  Investment** | | | | **580,000.00** |

Sheet no.  20  of  29  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $         **1,035,000.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Smith-Rothchild Financial Company**                          Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 189<br>Peter & Karen Jorstad<br>325 S. Cumberland Ave.<br>Park Ridge, IL 60068 | | | 05/02/2007<br>Investment | | | | 25,000.00 |
| ACCOUNT NO. 210<br>Peter & Karen Jorstad<br>325 S. Cumberland Ave.<br>Park Ridge, IL 60068 | | | 12/26/2007<br>Investment | | | | 40,000.00 |
| ACCOUNT NO. 150, 189 & 210<br>Peter & Karen Jorstad<br>325 S. Cumberland<br>Park Ridge, IL 60068 | | | 2006 - 2007 Investment | | | | 235,000.00 |
| ACCOUNT NO. 195<br>Peter Abruzzo<br>4494 Hamelton Ct.<br>Long Grove, IL 60047 | | | 08/03/2007<br>Investment | | | | 100,000.00 |
| ACCOUNT NO. 162<br>Peter Reisner<br>907 Timberland Road<br>Highland Park, IL 60035 | | | 08/04/2006<br>Investment | | | | 50,000.00 |

Sheet no. 21 of 29 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 450,000.00

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Smith-Rothchild Financial Company** _____    Case No. _____

Debtor    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  58<br><br>Rebecca & Mike Arbor<br>213 N. Elm Street<br>Hinsdale, IL  60521 | | | 11/01/2006<br><br>Investment | | | | 150,000.00 |
| ACCOUNT NO.  102<br><br>Richard Richker<br>2023 N. Halsted<br>Chicago, IL  60614 | | | 12/30/2003<br><br>Investment | | | | 25,000.00 |
| ACCOUNT NO.  176<br><br>Richard Richker<br>350 Madison Avenue<br>Glencoe, IL  60022 | | | 01/01/2007<br><br>Investment | | | | 75,000.00 |
| ACCOUNT NO.  191<br><br>Richard Weiss<br>115 Prairie Park Dr.<br>Unit 504<br>Wheeling, IL  60090 | | | 07/06/2007<br><br>Investment | | | | 125,000.00 |
| ACCOUNT NO.  214<br><br>Richard Weiss Revocable Trust<br>115 Prairie Park Dr.<br>Wheeling, IL  60090 | | | 06/06/2008<br><br>Investment | | | | 100,000.00 |

Sheet no.  22 of 29 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $      475,000.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Smith-Rothchild Financial Company**                          Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **P20**<br><br>**Rick Levinson, Delaware Charter Trust TR FBO Rick J. Levinson, IRA 3133 Wilmette Avenue Wilmette, IL  60091** | | | **June, 2004 - Converted Note into Preferred Shares** | | | | 44,000.00 |
| ACCOUNT NO.   **P17**<br><br>**Rick Levinson, IRA 3133 Wilmette Avenue Wilmette, IL  60091** | | | **June, 2004 - Converted Note into Preferred Shares** | | | | 144,000.00 |
| ACCOUNT NO.   **17**<br><br>**Ridgeway Investments, LLC 132 Delaware Pl. Apt. 5201 Chicago, IL  60611** | | | **1991 & 2001**<br><br>**Investment** | | | | 300,000.00 |
| ACCOUNT NO.   **153**<br><br>**Robert Berger Delaware Charter 1035 Mountain Dr. Deerfield, IL  60015** | | | **05/19/2006**<br><br>**Investment** | | | | 100,000.00 |
| ACCOUNT NO.   **161**<br><br>**Robert Berland 7 Convetry Lane Lincolnshire, IL** | | | **07/27/2006**<br><br>**Investment** | | | | 100,000.00 |

Sheet no.  23 of 29 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    688,000.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Smith-Rothchild Financial Company**                    Case No. _____
_____
Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **97**<br>**Robert Goldstein**<br>**829 Stables Ct. W**<br>**Highwood, IL  60040** | | | **11/17/2003**<br>**Investment** | | | | **25,000.00** |
| ACCOUNT NO.<br>**Ryan Tetrick**<br>**Unknown** | | | **2008 - Wages** | | | | **15,000.00** |
| ACCOUNT NO.  **156**<br>**Sally Gantman**<br>**1831 E. Mission Hills Rd.**<br>**Northbrook, IL  60062** | | | **05/26/2006**<br>**Investment** | | | | **100,000.00** |
| ACCOUNT NO.  **P13**<br>**Samuel Jackson**<br>**1250 Rudolph**<br>**Unit 2K**<br>**Northbrook, IL  60062** | | | **June, 2004 - Converted Note into Preferred Shares** | | | | **61,500.00** |
| ACCOUNT NO.  **188**<br>**Sandra Goldstein**<br>**1115 Heather Road**<br>**Deerfield, IL  60015** | | | **05/01/2010**<br>**Investment** | | | | **50,000.00** |

Sheet no. _24_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                       **251,500.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Smith-Rothchild Financial Company__ _____      Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.     21<br>Scott Stenn<br>First Trust Corp FBO<br>P.O. Box 173301<br>Denver, CO  80217-3301 | | | 03/23/2001<br><br>Investment | | | | 100,000.00 |
| ACCOUNT NO.     173<br>Scott Stenn<br>11 Devonshire Lane<br>Lincolnshire, IL  60069 | | | 11/29/2006<br><br>Investment | | | | 50,000.00 |
| ACCOUNT NO.     43<br>Seymour Cohen<br>132 E. Delaware Place<br>Apt. 5201<br>Chicago, IL  60611 | | | 04/22/1999<br><br>Investment | | | | 200,000.00 |
| ACCOUNT NO.     124<br>Seymour Katz<br>4388 Knights Bridge Lane<br>West Bloomfield, MI  48323 | | | 12/19/2005<br><br>Investment | | | | 25,000.00 |
| ACCOUNT NO.<br>Shefsky & Froelich, Ltd.<br>111 E. Wacker Drive<br>Suite 2800<br>Chicago, IL  60601 | | | 2009 - 2010  - Legal Fees | | | | 100,000.00 |

Sheet no. _25_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ►  $     475,000.00

Total  ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Smith-Rothchild Financial Company                                    Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    197 <br><br> Sheldon & Lila Weinberg <br> 2818 Wildflower Court <br> Glenview, IL  60026 | | | 05/01/2007 <br><br> Investment | | | | 25,000.00 |
| ACCOUNT NO. <br><br> Sherwin I. Pogrund <br> Stone, Pogrund, Korey <br> 1 East Wacker Drive <br> Suite 2610 <br> Chicago, IL  60601 | | | Converted Note into Preferred Shares | | | | 0.00 |
| ACCOUNT NO.    P21 <br><br> Sherwin Pogrund <br> Stone, Pogrund, Korey <br> 1 E. Wacker Drive <br> Suite 2610 <br> Chicago, IL  60601 | | | June, 2004 - Converted Note into Preferred Shares | | | | 216,652.00 |
| ACCOUNT NO.    P5 <br><br> Sherwin Pogrund Profit Sharing Trust <br> 1 E. Wacker Drive <br> Suite 2610 <br> Chicago, IL  60601 | | | June, 2004 - Converted Note into Preferred Shares | | | | 190,500.00 |
| ACCOUNT NO.    76 <br><br> Shirley Goldrich <br> c/o Stone, Pogrund Korey <br> 1 E. Wacker Drive <br> Suite 2610 <br> Chicago, IL  60601 | | | 08/31/1999 <br><br> Investment | | | | 48,000.00 |

Sheet no. 26 of 29 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➤  $                480,152.00

Total    ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Smith-Rothchild Financial Company**_____   Case No. _____
                                Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Shweta Parthasarathy** <br> **1454 S. State Street** <br> **Chicago, IL  60605** | | | **Wages - 2008** | | | | 24,999.00 |
| ACCOUNT NO.   **14** <br><br> **Sol Levinson** <br> **3919 Albion Avenue** <br> **Lincolnwood, IL  60076** | | | **1986 - 2003** <br><br> **Investment** | | | | 55,000.00 |
| ACCOUNT NO.   **202** <br><br> **Stanton  Miller** <br> **1445 Arbor Lane** <br> **Northbrook, IL  60062** | | | 06/21/2007 <br><br> **Investment** | | | | 25,000.00 |
| ACCOUNT NO. <br><br> **Stone, Pogrund & Korey, LLC** <br> **1 E. Wacker Drive** <br> **Suite 2610** <br> **Chicago, IL  60601** | | | **2009 - 2010  -  Legal Fees** | | | | 45,000.00 |
| ACCOUNT NO.   **133 & 213** <br><br> **Stuart Biegel** <br> **401 Chapel Hill Lane** <br> **Northfield, IL  60093** | | | **2005 - 2008  Investment** | | | | 300,000.00 |

Sheet no.  27 of 29 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                   449,999.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Smith-Rothchild Financial Company** _____    Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    103 | | | | | | | |
| Stuart Weis 330 W. Diversey Apt. 902 Chicago, IL  60657 | | | 2004 & 2007 Investment | | | | 175,000.00 |
| ACCOUNT NO.    165 | | | | | | | |
| Susan Reisner 907 Timberhill Road Highland Park, IL  60035 | | | 2006 - 2007 Investment | | | | 230,000.00 |
| ACCOUNT NO.    35 | | | 11/01/2000 | | | | 82,161.00 |
| Sylvia Shapiro 8243 N. Keystone Skokie, IL  60076 | | | 1989 - 2004 | | | | |
| ACCOUNT NO. | | | | | | | 200,000.00 |
| Theodore J. Adams 930 Gary Ct. Wheaton, IL  60187 | | | June, 2004 - Converted Note into Preferred Shares | | | | |
| ACCOUNT NO.    P2 | | | | | | | 200,000.00 |
| Theodore J. Adams, Trustee of the Theodore J. Adams Trust dated 10/25/89 930 Gary Ct. Wheaton, IL  60187 | | | June, 2004 - Converted Note into Preferred Shares | | | | |

Sheet no. _28_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $        887,161.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>Smith-Rothchild Financial Company</u>                          Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **110**<br><br>**Thomas Morton**<br>**1040 Portsmouth Circle**<br>**Gurnee, IL  60031** | | | **2001 & 2005**<br><br>**Investment** | | | | 75,000.00 |
| ACCOUNT NO.   **P24**<br><br>**Toby Pogrund**<br>**Stone, Pogrund, Korey**<br>**1 East Wacker Drive**<br>**Suite 2610**<br>**Chicago, IL  60601** | | | **June, 2004 - Converted Note into Preferred Shares** | | | | 104,980.00 |
| ACCOUNT NO.   **P12**<br><br>**Willard Werner**<br>**2626 Lakeview**<br>**Unit 3202**<br>**Chicago, IL  60614** | | | **June, 2004 - Converted Note into Preferred Shares** | | | | 15,900.00 |

Sheet no.  29 of 29 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          195,880.00

Total  ➤  $        18,462,456.76

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  <u>Smith-Rothchild Financial Company</u>                     ,          Case No.  _____
                              Debtor                                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Debtor has numerous expired Leases with tenants that are now by operation of law month-to-month.** | |

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  **Smith-Rothchild Financial Company**           Case No. _____

                         Debtor           Chapter    _7_ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 13 | $ 3,760,000.00 | | |
| B - Personal Property | YES | 2 | $ 566,400.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 4,940,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 200,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 30 | | $ 18,462,456.76 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 13 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 63 | $ 4,326,400.00 | $ 23,602,456.76 | |

B7 (Official Form 7) (4/10)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Eastern Division

In re:   **Smith-Rothchild Financial Company**                                        Case No. _____

_____
Debtor                                                                  (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 3,800,000 (est.) | Business Income | 2008 |
| 750,000 (est.) | Business Income | 2009 |
| 25,000 (est) | Business Income | 2010 |

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3. Payments to creditors

_Complete a. or b., as appropriate, and c._

None
☑

a. _Individual or joint debtor(s) with primarily consumer debts:_ List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

2

None   b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90**
☐   **days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Shefsky & Froelich<br>111 East Wacker Dr.<br>Suite 2800<br>Chicago, IL 60601** | **May 2010 - $20,000 granting of a mortgage on residence located in Hammond, Indiana** | 20,000.00 | 120,000.00 |

   *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑   benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the
☐   filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

**\*\*SEE RIDER ATTACHED\*\***

**There are numerous law suits in Indiana in which Debtor is a party, but Debtor is unable to obtain details of same. Debtor was represented in Indiana by Matthew C. Abad, 9191 Broadway, Merriville, IN 46410, (219) 769-1313**

3

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☐    immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
     information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
     separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| CIT Group, Inc.<br>505 5th Street<br>4th Floor<br>New York, NY 10017 | | **Date: Numerous times over last year**<br>- Value unknown to Debtor, but on information and belief, CIT Group has seized various loan repayments. |
| Cole Taylor Bank<br>9550 West Higgins Road<br>Rosemont, IL 60018 | | **Date: Numerous times over the last year.**<br>- Value unknown to Debtor, but on information and belief, Cole Taylor Bank has seized various loan repayments. |

### 5. Repossessions, foreclosures and returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☑    foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
     debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether
     or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☑    commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or
     both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
     filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☑    immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
     include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
     spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**4**

### 7. Gifts

None   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except
☑     ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable
       contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include
       gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
☑     of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must
       include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐     consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
       **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Tishler & Wald, Ltd. 200 S. Wacker Dr. Suite 3000 Chicago, IL 60606 | April - May 2010 | $20,174.74 less $299 filing fee |

5

## 10. Other transfers

None
☐
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| CIT Group, Inc. 505 5th Avenue 4th Floor New York, NY 10017 | 05/07/2010 SEE RIDER ATTACHED | $139,304.65 - Checks turned over to Bruce N. Menkes, Attorney for The CIT Group |
| Shefsky & Froelich, Ltd. 111 E. Wacker Drive Suite 2800 Chicago, IL 60601 | July 2009 | - See Rider "B" to Schedule A |
| Stone, Pogrund & Korey, LLC 1 E. Wacker Drive Suite 162610 Chicago, IL 60601 | 09/11/2009 | See Rider "B" to Schedule A |

None
☑
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Cole Taylor Bank 9550 W. Higgins Road Rosemont, IL 60018 | Debtor is unable to determine what accounts at Cole-Taylor Bank in the last year. | |

6

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

7

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☑

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
|      |      |      |      |      |

None
☑

b.        Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
|      |         |

## 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Blackman Kallick**<br>**10 S. Riverside Plaza**<br>**Chicago, IL 60606** | **2005 to Present** |

None
☐

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|
| **Blackman Kallick**<br>**10 S. Riverside Plaza**<br>**Chicago, IL 60606** | | **2005 to Present** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Blackman Kallick** | **10 S. Riverside Plaza**<br>**Chicago, IL 60606** |
| **Smith-Rothchild Financial Company** | **221 N. LaSalle St.**<br>**Suite 1850**<br>**Chicago, IL 60601** |

9

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| CIT Group, Inc.<br>505 4th Aveue - 5th Floor<br>New York, NY 10017 | 2009 |
| Cole Taylor Bank<br>9550 W. Higgins Road<br>Rosemont, IL 60018<br>Date Issued: 2008 | 2009 |

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other<br>basis) |
|---|---|---|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN<br>OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| Kevin Werner<br>101 W. Superior<br>Unit 505<br>Chicago, IL 60654 | Director & President | 51% - Common Stock |
| Steve Werner<br>1233 Hillside Road<br>Northbrook, IL 60062 | Director & Vice-President | 49% - Common Stock |
| Willard Werner<br>2626 Lakeview<br>Unit 3202<br>Chicago, IL | Director | 0% |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

9

| None ☑ | b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

| None ☑ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

| None ☑ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case. |
|---|---|

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

| None ☐ | If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case. |
|---|---|

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| John Hancock, Fund Mgr. - 401(k) Plan | 36-3167384 |

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  5-28-10                          Signature _____, Pres.

                                       **Kevin Werner, President**
                                       Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

# RIDER TO STATEMENT OF FINANCIAL AFFAIRS

## QUESTION 4(A)

| CASE NO. | CAPTION | DATE FILED | STATUS |
|---|---|---|---|
| 2009-CH-21041 | Cit Group Business Credit<br>v.<br>Smith Rothchild Financial | 6-29-2009 | Pending |
| 2005-CH-22732 | Melendez Laura<br>v.<br>Smith Rothchild Financial | 12-30-2005 | Pending |
| 2004-CH-18011 | Toledo Zeferino<br>v.<br>Smith Rothchild | 10-29-2004 | Pending |
| 2002-CH-11541 | Riley Annie<br>v.<br>Smith Rothchild Financial | 6-21-2002 | Pending |
| 2002-CH-11543 | Wickers Donald<br>v.<br>Smith Rothchild Financial | 6-21-2002 | Pending |
| 2002-CH-03352 | Parks Aritha<br>v.<br>Smith Rothchild Financial | 2-14-2002 | Pending |
| 2001-CH-19984 | Proter Margaret<br>v.<br>Smith Rothchild Financial | 11-27-2001 | Pending |

## RIDER TO STATEMENT OF FINANCIAL AFFAIRS

## QUESTION 4(A)

Files in Suit as of 2/09

Cook County Illinois

Mr. Benjamin Villasenor Jr   CRG Investments LLC      Loan No 11542
5214 Sangamon Chicago, Il 08 CH 10986.   deed to SR.

Mr. Robert Skahill      10825 S. Vincennes, Chicago, IL 60463      Loan NO 11960
08 CH 18409   deed to SR with personal deficiency

Robert Skahill      Loan NO 11961      829 N. Lawler, Chicago, IL 60638
08 ch 24987   deed to SR

Ms. Adriana Wright and Mr. Mark Wright and Neighborhood Development Partners Inc.
8616 S. Aberdeen, Chicago, IL.      Loan No 11270
08 CH 14080
told to hold off as of 9/17/08

Babatunde Oloyede   Loan No 11395      8234 S. Emerald, Chicago, IL
08 CH 29098
deed to SR with deficiency

Thomas      Loan NO 11944      4201 S. Prairie, Chicago, IL 60653
08 CH 26573   SR got deed in lieu, case dismissed

Jason Strever  Loan no 12084      5125 S. Wolcott Ave., Chicago, IL 60609
08 B 71498 order modifying stay entered 8/25/08
08 CH 41865
deed in lieu accepted and recorded 1/16/09 file closed

Mr. Alan Arico      Loan NO 11557      234 E. 152nd St, Harvey, IL 60426
08 CH 24986      judgment not entered

Ms. Cynthia Andersen-Lavigne      Loan NO 12130      2026 W. Superior St. Chicago, IL.,
08 CH 31874   judgment not entered

**General Electric Capital Corporation v. Smith-Rothchild Financial Company**
**Case No. 09 L 009096**
**- Complaint for Money Damages**
**Circuit Court of Cook County, Illinois - Law Division**
**Status - Pending**

Ms. Linda Novelli    Loan NO 11623        544 W. 60th Place, Chicago, IL
08 CH 47442  deed in lieu recorded with bad legal per updated title advised Bill Volpe 4/29/09


Mr. Robert Holland and Mr. Derrion Howard .        H&H Group 2007, LLC
Loan NO 12144        6819-21 S. Evans, Chicago, IL 60637
09 CH 01207  **SR took deed in lieu**


Brown and Zordan    loan NO 12085        5536 S. King Drive, Chicago, IL and 2050 W. North
                                         Ave., Chicago Il
09 CH 05375  defendants filed a motion for summary judgment claiming deed in lieu


Mr. Michael Green    Loan NO 11408        1617 W. 56th Street, a/k/a 5601 S. Marshfield
Chicago, IL and 1st Choice Real Estate Investments LTD    09 CH 10617  judgment not entered


Mr. Byron Honore    Loan NO 11892        17088 Head Ave. Hazel Crest, Il
09 CH 14098  judgment not entered


Mr. Phillip Purdom and Ms. Rochelle Williams        Loan NO 12092        8400 S. Crandon Ave.
Chicago, IL
09 CH 14102  judgment not entered


Mr. Vereen Taylor    Loan NO 11994        6609 S. May St. Chicago, IL 60621
09 CH 14104  judgment not entered


Mr. Antwan Jones    Loan NO 12154        25 S. Oakley, Chicago, IL 60612
09 CH 14100  judgment not entered

Mr. Condae Thomas and Ms. Tiska Thomas  Loan NO 12096        14835 Honore Ave. Harvey, IL
                                                             60426

09 CH 14105  judgment not entered

Charmain Burks        6105 S, Wood St., Chicago, IL 60636        Loan NO 12254
09 CH 15799  judgment not entered


Mr. Finley Smiley    VSES Incorporated    411 E. 60th St. Chicago, IL 60637
and 5427 S. Wabash, Chicago, IL    Loan No 11418
08 CH 26572  instructed to close file 11/18/09 building sold


Mr. James E. Jones    Loan NO 11934        529 W, 57th Place, Chicago, IL
08 CH 43304
paid in full in March 2009 close file


Mr. Benjamin Villasenor Jr    CRG Investments LLC        Loan No 11431
2130 Christiana, Chicago, IL
08 CH 10991
sale confirmed deed issued and recorded


Mr. Benjamin Villasenor Jr    CRG Investments LLC        Loan NO 11580
5964 Lowe, Chicago, IL
08 CH 10982
sale approved 2/20/09
deed recorded file closed

## Will County

Mr. Nehemiah Shetrod        Loan NO 11475        608 Water Street, Joliot, IL 60436
08 CH 3714
judgment entered 3/31/09 never went to sale because SR could not pay for sales commission
Up May 29, 2010 in court and will be dismissed if no one appears.

Misc.

There are many cases in which Smith Rothchild has been joined in mortgage foreclosures by the holders of prior mortgages as a necessary party. The effect of those mortgage foreclosures would be to erase the Smith Rothchild junior mortgage

There are also many cases in which Smith-Rothchild has been joined in code enforcement actions brought by municipalities, typically the City of Chicago, for impositions of fines or demolition for alleged violations of building codes. These are either actions pending in the Circuit Court of Cook County or administrative hearings. There have been a few in Joliet for the Sherrod property also.

This office is also aware of three additional actions

221 N. LaSalle v. Smith Rothchild
09 M1-730072        eviction case dismissed by agreement

GE Capital v. Smith Rothchild
09 L 9096            pending, being handled by a different firm

CIT Group v. Smith Rothchild
09 CH 21041   pending, being handled by a different firm

also see attached list of Chancery Cases in Cook County where Smith Rothchild was joined as a party defendant

## RIDER TO STATEMENT OF FINANCIAL AFFAIRS
## QUESTION 10a.

### SMITH-ROTHCHILD CHECKS

| name | # | amount |
|---|---|---|
| JC Improvements | 7661 | 2160.8 |
| JC Improvements | 7652 | 2175.62 |
| Paul R. Chael CH. 13 Trustee | 371374 | 1480.1 |
| Paul R. Chael CH. 13 Trustee | 359898 | 407.3 |
| Paul R. Chael CH. 13 Trustee | 365698 | 1478.04 |
| Paul R. Chael CH. 13 Trustee | 348440 | 460.5 |
| Paul R. Chael CH. 13 Trustee | 336642 | 625.92 |
| Deanna Williams | 41996936 | 253 |
| Deanna Williams | 51551506 | 253 |
| Deanna Williams | 45684610 | 253 |
| Deanna Williams | 55494713 | 253 |
| National City Bank | 100789913 | 86656.62 |
| First American Title | 12060636 | 10.07 |
| 3 Boys Investments | 1097 | 996.93 |
| 3 Boys Investments | 1093 | 996.93 |
| 3 Boys Investments | 1085 | 966.93 |
| 3 Boys Investments | 1089 | 966.93 |
| 3 Boys Investments | 1088 | 966.93 |
| Creditors Discount | 86550 | 100 |
| Creditors Discount | 86295 | 37.5 |
| First American Title | 12076112 | 37,805.53 |
| | | $139,304.65 |

**RECEIVED** this 7th day of
April, 2010.
May
Bnm

Bruce N. Menkes, Attorney for
The CIT Group