UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-24427 |
| | ) | |
| Smith-Rothchild Financial Company | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

**Order Amending Final Order Authorizing Chapter 7 Trustee: (A) To Use Cash Collateral; (B) To Incur Post-Petition Debt; and (C) To Grant Adequate Protection and Provide Security to The CIT Group/Business Credit, Inc., As Agent**

This cause having come on for hearing on the motion of David P. Leibowitz ("Trustee"), chapter 7 trustee of the bankruptcy estate of Smith-Rothchild Financial Company, for modification/amendment of the "Final Order Authorizing Chapter 7 Trustee: (A) To Use Cash Collateral; (B) To Incur Post-Petition Debt; and (C) To Grant Adequate Protection and Provide Security to The CIT Group/Business Credit, Inc., As Agent" (dkt. #30) (the "Cash Collateral Order"), and the Court being advised in the premises;

IT IS ORDERED that the Cash Collateral Order is hereby amended to extend the term during which the Trustee may use cash collateral through April 1, 2011, pursuant to the "Amended Budget" attached as Exhibit B to the Trustee's motion to amend/modify.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: 2/24/11

**Prepared by counsel of Movant:**

John Eggum
ARDC # 6296314
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
312-360-1505
jeggum@lakelaw.com

Rev: 20101008_bko