# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-24427 |
| | § | |
| SMITH-ROTHCHILD FINANCIAL | § | |
| COMPANY | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 03/26/2015, in Courtroom 742, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/02/2015          By: /s/ Horace Fox, Jr.
                                     Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-24427 |
| | § | |
| SMITH-ROTHCHILD FINANCIAL | § | |
| COMPANY | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*        $927,388.51
*and approved disbursements of*        $851,398.51
*leaving a balance on hand of*[1] :        $75,990.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $75,990.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| DAVID P LEIBOWITZ, ESQ LAKE LAW, Trustee Fees | $32,617.50 | $0.00 | $32,617.50 |
| DAVID P LEIBOWITZ, ESQ., Lakelaw, Attorney for Trustee Fees | $16,842.16 | $0.00 | $16,842.16 |
| LOIS WEST, Accountant for Trustee Fees | $2,500.00 | $0.00 | $2,500.00 |
| Other: Horace Fox, Jr. Trustee, Trustee Fees | $10,872.50 | $0.00 | $10,872.50 |
| Other: Bruce de 'Medici, Attorney for Trustee Fees | $13,157.84 | $0.00 | $13,157.84 |

Total to be paid for chapter 7 administrative expenses:     $75,990.00
Remaining balance:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $33,601.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22a | Kevin Warner | $11,725.00 | $0.00 | $0.00 |
| 23a | Stanton Miller | $11,725.00 | $0.00 | $0.00 |
| 26a | Illinois Department of Employment Security | $955.16 | $0.00 | $0.00 |
| 48a | Internal Revenue Service | $9,196.35 | $0.00 | $0.00 |

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,462,849.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | James F. Hoelscher | $100,000.00 | $0.00 | $0.00 |
| 2 | Jean I. Zalesny | $21,500.00 | $0.00 | $0.00 |
| 3 | Patzik, Frank & Samotny, Ltd. | $5,403.50 | $0.00 | $0.00 |
| 4 | Meyer Saltzberg Revocable Trust | $34,000.00 | $0.00 | $0.00 |
| 5 | Sheldon & Lila Weinberg | $25,000.00 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 6 | Fred & Belle Kornick | $1,200,000.00 | $0.00 | $0.00 |
| 7 | David Snyder | $275,000.00 | $0.00 | $0.00 |
| 8 | Stone, Pogrund & Korey, LLC | $52,000.00 | $0.00 | $0.00 |
| 9 | Toby Pogrund | $104,980.00 | $0.00 | $0.00 |
| 10 | Sherwin I. Pogrund | $239,452.00 | $0.00 | $0.00 |
| 11 | Shirley Goldrich | $48,000.00 | $0.00 | $0.00 |
| 12 | Sherwin I. Pogrund | $216,632.00 | $0.00 | $0.00 |
| 13 | Peter & Karen Jorstad | $545,027.40 | $0.00 | $0.00 |
| 14 | Barbara Cohen | $150,000.00 | $0.00 | $0.00 |
| 15 | Eric Robert Greitens | $162,000.00 | $0.00 | $0.00 |
| 16 | Jordan Ross | $2,000.00 | $0.00 | $0.00 |
| 17 | Burke Costanza & Cuppy LLP | $49,161.58 | $0.00 | $0.00 |
| 18 | Eugene Jackson | $70,410.94 | $0.00 | $0.00 |
| 19 | Deloris Jackson | $70,410.94 | $0.00 | $0.00 |
| 20 | Melvin Cohen Trust | $1,300,000.00 | $0.00 | $0.00 |
| 21 | Melvin Cohen & Associates | $550,000.00 | $0.00 | $0.00 |
| 22 | Kevin Warner | $88,275.00 | $0.00 | $0.00 |
| 23 | Stanton Miller | $88,275.00 | $0.00 | $0.00 |
| 24 | Sylvia Shapiro | $52,160.71 | $0.00 | $0.00 |
| 25 | Fred & Lila Bondy | $150,000.00 | $0.00 | $0.00 |
| 26 | Illinois Department of Employment Security | $430.00 | $0.00 | $0.00 |
| 27 | John Zumpano III Trust | $700,000.00 | $0.00 | $0.00 |
| 28 | Lawrence & Gertrude Rubin | $25,000.00 | $0.00 | $0.00 |
| 29 | David Pogrund | $79,372.00 | $0.00 | $0.00 |
| 30 | Allen Sutker | $1,000,000.00 | $0.00 | $0.00 |
| 31 | Thomas Morton | $75,000.00 | $0.00 | $0.00 |
| 32 | Lois Simon | $100,000.00 | $0.00 | $0.00 |
| 33 | Harold Feder | $25,000.00 | $0.00 | $0.00 |
| 34 | Maureen Berger | $125,200.00 | $0.00 | $0.00 |
| 35 | Robert Berger Delaware Charter | $125,200.00 | $0.00 | $0.00 |
| 36 | Nancy Kreiter | $125,000.00 | $0.00 | $0.00 |
| 37 | Frederick Kreiter | $205,000.00 | $0.00 | $0.00 |
| 38 | Stuart Weis | $125,667.00 | $0.00 | $0.00 |
| 39 | Chicago Department of Revenue | $76,740.94 | $0.00 | $0.00 |
| 40 | Kevin Warner | $25,000.00 | $0.00 | $0.00 |
| 41 | Crowe Horwath, LLP | $550.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 42 | Neil Gurevitz | $1,000,000.00 | $0.00 | $0.00 |
| 43 | Kevin Warner | $50,000.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $224,940.96 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 44 | Evelyn & Hilerie Sher | $60,000.00 | $0.00 | $0.00 |
| 45 | Brian Kreiter | $25,000.00 | $0.00 | $0.00 |
| 46 | Hilerie Sher | $11,000.00 | $0.00 | $0.00 |
| 47 | Hilerie Sher | $20,000.00 | $0.00 | $0.00 |
| 48 | Internal Revenue Service | $7,594.52 | $0.00 | $0.00 |
| 49 | Ame Redman | $101,346.44 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ Horace Fox, Jr.
Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                          Case No. 10-24427-CAD
Smith-Rothchild Financial Company                               Chapter 7
      Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1          User: acox                   Page 1 of 4                  Date Rcvd: Mar 03, 2015
                              Form ID: pdf006              Total Noticed: 135


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2015.
db             #+Smith-Rothchild Financial Company,   221 N. LaSalle Street,    Suite 1850,
                 Chicago, IL 60601-1427
15646339       +ADP,    209 W. Jackson Boulevard,   Chicago, IL 60606-6907
15646337       +Aaron Straus,    1800 Touhy Avenue,    Elk Grove Village, IL 60007-5314
15646338       +Adelle Katz,    2440 W. Estes,   Apt. 2,    Chicago, IL 60645-3311
15646340       +Alan Meyers,    10 Rolling Ridge,    Northfield, IL 60093-1014
15646348       +Anthony Disano,    400 N. LaSalle,    Unit 2110,    Chicago, IL 60654-8528
15646347      #+Anthony Disano,    615 Cordial Drive,    Des Plaines, IL 60018-5507
15646349       +Arnold Redman,    7366 N. Lincoln Avenue,    Lincolnwood, IL 60712-1740
15646350       +Barbara Cohen,    767 Wild Dunes Ct.,    Riverwoods, IL 60015-3832
15646351       +Ben Rafalson,    431 Locust,   Wilmette, IL 60091-3020
15646352      #+Bill Volpe,    902 W. Armitage,    Unit 2,   Chicago, IL 60614-8071
15646346       +Blackman Kallick,    10 S. Riverside Plaza,    Chicago, IL 60606-3770
15646353       +Brian Kreiter,    380 Sheridan Road,    Winnetka, IL 60093-2628
15646354       +Bryant Robinson,    17161 Bridle Trail,    Gurnee, IL 60031-1658
16140978       +Burke Costanza & Cuppy LLP,   9191 Broadway,    Merrillville, IN 46410-7043
15646355       +Burlev Limited Partnership,   5225 W. Touhy Avenue,     #216,   Skokie, IL 60077-3266
15646356       +CIT Group, Inc.,    505 5th Avenue,    4th Floor,    New York, NY 10017-4925
16454866       +Chicago Department of Revenue,    121 N. LaSalle; Suite 107A,    Chicago, IL 60602-1232
15646357       +Cole Taylor Bank,    9550 W. Higgins Road,    Rosemont, IL 60018-4907
15646359       +David Goldberg,    201 Apple Tree Rd.,    Winnetka, IL 60093-3703
15646361       +David Pogrund,    Stone, Pogrund, Korey,    1 E. Wacker Drive,    Suite 2610,
                 Chicago, IL 60601-2001
15646360        David Pogrund,    90087 Tamaroq Terrace,    Skokie, IL  60076
15646362       +David Snyder,    10 Old Hunt Rd.,    Northfield, IL 60093-1073
15646363       +Debra Stark,    4116 Greenwood St.,    Skokie, IL 60076-1944
15646364       +Deloris Jackson,    928 Fountain View Drive,    Deerfield, IL 60015-4847
15646365       +Denise Morton,    18 Country Lane,    Northfield, IL 60093-1003
15646366      #+Dennis Disano,    615 Cordial Drive,    Des Plaines, IL 60018-5507
15646367       +Donald Schneider,    1824 A N Dayton,    Chicago, IL 60614-5003
15646368       +Donald Schneider,    2201 Welsh Rd.,    Dresher, PA 19025
15646369       +Ed Fox,    1765 Orchid Ct.,   Highland Park, IL 60035-5521
15646370       +Ed Mitchell,    2020 Chestnut,   Glenview, IL 60025-1641
15646371       +Eric Robert Greitens,    13320 Windbrooke Ln.,    St. Louis, MO 63146-2224
15942605      +++Eugene Jackson,    928 Fountain View Dr,   Deerfield, IL 60015-4847
15646372       +Evelyn & Hilerie Sher,    1250 S. Indiana,    Unit 1306,    Chicago, IL 60605-3231
15646373       +Frank Wolff,    1696 Foltz Dr.,    Hoffman Estates, IL 60169-6956
15646375       +Fred & Lila Bondy,    1150 Mohawk,    Wilmette, IL 60091-1245
15646377       +Frederick Kreiter,    380 Sheridan Road,    Winnetka , IL 60093-2628
15646378       +Gayle Cohen-Gurtz,    2520 Thorngate Lane,    Riverwoods, IL 60015-3893
15646379       +General Electric Capital Corporation,    c/o Askounis & Darcy, PC,   401 N. Michigan Ave.,
                 Suite 550,    Chicago, IL 60611-5523
15942606       +Glen Movish,    203 Estate Court,    Northbrook, IL 60062-1100
15646380       +Glenn, Lynn & Lillian Movish,    203 Estate Ct.,    Northbrook, IL 60062-1100
15646381      +++Harold Feder,    4545 W. Touhy Ave Apt #114,    Lincolnwood, IL 60712-1787
15646382       +Harris & Rea Barnett,    3510 Oaks Way,    Apt. 409,    Pompano Beach, FL 33069-5365
15646383       +Helen Morton,    3420 Tamarind Dr.,    Northbrook, IL 60062-2233
15646384       +Hilerie Sher,    1250 S. Indiana,    Unit 1306,    Chicago, IL 60605-3231
15942607       +Hilerie Sher-IRA,    1250 S. Indiana,    Unit 1306,    Chicago, IL 60605-3231
15646385       +Howard Polk,    595 Euclid Ct.,   Highland Park, IL 60035-1271
15646386       +Ida Urkov, Estate of,    c/o Stone, Pogrund, Korey,    1 E. Wacker Drive,    Suite 2610,
                 Chicago, IL 60601-2001
16240634       +Illinois Department of Employment Security,     33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
15646387       +Irwin Veit Family Trust,    4545 W. Touhy Ave.,    Lincolnwood, IL 60712-1775
15916475       +James F. Hoelscher,    2805 Paris Rd.,    Olympia Fields, IL 60461-1825
15942409       +Jean I. Zalesny,    2805 Paris Rd.,    Olympia Fields, IL 60461-1825
15646388       +Jean Zalesny,    2805 Paris Rd.,    Olympia Fields, IL 60461-1825
15646389       +Jermiah Chavoen,    19 W 181 80th St.,    Downers Grove, IL 60516-4556
15646390       +Jerry Friedman,    1799 Greenbay Road,    Glencoe IL 60022-1110
15942608      +++Jerry Friedman IRA,    434 Cumnor Ct.,    Deerfield, IL 60015-2308
15646391        Jerry Kogen,    4256 Huehl Rd.,    Bldg. 4B,   Northbrook, IL  60062
15646392       +Jill Werner,    1233 Hillside,   Northbrook, IL 60062-4627
15646393       +Joel & Rosann Glantz,    4532 Deer Trail,    Northbrook, IL 60062-1054
15646394       +John Hancock, as Fund Manager,    of 401(k) Plan,    6250 North River Road,
                 Rosemont, IL 60018-4247
15646395       +John Oberman,    841 W. Castlewood,    Chicago, IL 60640-4216
15646397      +++Jordan Ross,    3000 Island Blvd. #2606,    Aventura, FL 33160-4927
15646399       +Joud Adbel Majeid,    65 E. Scott,    Unit 11K,    Chicago, IL 60610-5276
15646400       +Keith Morton,    18 Country Lane,    Northfield, IL 60093-1003
15942609      +++Kevin Warner,    101 W. Superior,    Unit 505,    Chicago, IL 60654-7655
15646401       +Kevin Werner,    101 W. Superior,    Chicago, IL 60654-7654
15646402       +Lawrence & Gertrude Rubin,    424 Alpine Lane,    Wilmette, IL 60091-3142
15646403       +Lawrence Stark,    Debra Pogrund,    4116 Greenwood St.,    Skokie, IL 60076-1944
```

```
District/off: 0752-1           User: acox                  Page 2 of 4                   Date Rcvd: Mar 03, 2015
                               Form ID: pdf006             Total Noticed: 135


15646404      Leah Goldstein,    928 Stables Ct. W,    Highwood, IL 60040
15646405     +Leonard Goldstein,    1115 Heather Road,    Deerfield, IL 60015-3413
15646407     +Lillian Movish,    4388 Knights Bridge Ln,    West Bloomfield, MI 48323-1625
15646408     +Lincoln Properties,    221 N. LaSalle,    Chicago, IL 60601-1501
15646409     +Lisa Richker,    1325 N. State Parkway,    #11D,   Chicago, IL 60610-6120
15646410     +Lois Jackson,    1250 Randolph Road,    Unit 2K,   Northbrook, IL 60062-1423
15646412     +Lou Williams,    230 Concord Lane,    Chicago, IL 60614-5743
15646415     +Mark Frank,    5805 RFD Port Clinton Road,    Long Grove, IL 60047-5059
15646416     +Martin Straus,    First Trust Corp. Trustee,    1800 Touhy Ave.,
               Elk Grove Village, IL 60007-5314
15646417     +Marvin Wenger,    141 W. Jackson Blvd.,    Suite 380,   Chicago, IL 60604-3115
15646418     +Marvin Wenger,    Custodian for Scott Wenger,    141 W. Jackson Blvd.,    Suite 380,
               Chicago, IL 60604-3115
15646419     +Maureen Berger,    1035 Mountain Dr.,    Deerfield, IL 60015-1805
16200069     +Melvin Cohen & Associates,    Profit SharingTrust,    223 W. Jackson Blvd., Ste 820,
               Chicago, IL 60606-6913
15646421     +Melvin Cohen Profit Sharing Trust,    555 W. Jackson,    4th Floor,   Chicago, IL 60661-5711
15646420     +Melvin Cohen Trust,    8610 N. Keeler Ave.,    Skokie, IL 60076-2014
15646422     +Mercedes Straus,    1800 Touhy Ave.,    Elk Grove Village, Il 60007-5314
15646423     +Mercedes Straus ACF Shayna Straus,    1800 Touhy Ave,    Elk Grove Village, IL 60007-5314
15646424     +Meyer Saltzberg Revocable Trust,    3900 S. Mission Hills Rd.,    Suite 304,
               Northbrook, IL 60062-5721
15646425     +Michael Freidlen,    1756 N. Mohawk,    Apt. 2-E,   Chicago, IL 60614-7946
15646426     +Michael Mininni Ltd.,    1 S. Wacker Drive,    Suite 350,   Chicago, IL 60606-4631
15646427     +Michael Slaven,    967 Hillsboro Mile,    Hillsboro Beach, FL 33062-2301
15646428     +Michelle Friedman,    317 Edgemont Lane,    Park Ridge, IL 60068-2613
15646429     +Nancy Kreiter,    380 Sheridan Drive,    Winnetka, IL 60093-2628
15646430     +Nathan & Lee Slutsky,    451 Town Place Circle,    Unit 408,   Buffalo Grove, IL 60089-6734
15646431     +Neil Gurevitz,    9201 N. Keeler,    Sko9kie, IL 60076-1627
15646432     +Nikolaus Schneider,    516 S. Prospect,    Park Ridge, IL 60068-4715
15646433     +P. Lawrence Katz,    3 Hickory Lane,    Northbrook, IL 60062-3805
15646434     +Patrick Arbor,    180 E. Pearson,    Chicago, IL 60611-2130
15646435     +Patzik, Frank & Samotny, Ltd.,    150 S. Wacker Drive,    Suite 1500,   Chicago, IL 60606-4201
15646436     +Peter & Karen Jorstad,    325 S. Cumberland Ave.,    Park Ridge, IL 60068-4011
15646437     +Peter Abruzzo,    4494 Hamelton Ct.,    Long Grove, IL 60047-5196
15942610     +Peter Jorstad,    325 S. Cumberland Ave,    Park Ridge, IL 60068-4011
15646438      Peter Reisner,    907 Timberland Road,    Highland Park, IL 60035
15646439     +Rebecca & Mike Arbor,    213 N. Elm Street,    Hinsdale, IL 60521-3705
15646440     +Richard Richker,    2023 N. Halsted,    Chicago, IL 60614-4371
15646442     +Richard Weiss,    115 Prairie Park Dr.,    Unit 504,   Wheeling, IL 60090-2021
15942611     +Richard Weiss,    Revocable Trust,    115 Prarie Park Dr.,    Wheeling, IL 60090-2720
15646443     +Rick Levinson, Delaware Charter,    Trust TR FBO Rick J. Levinson, IRA,    3133 Wilmette Avenue,
               Wilmette, IL 60091-2925
15646444     +Ridgeway Investments, LLC,    132 Delaware Pl.,    Apt. 5201,   Chicago, IL 60611-4946
15646445     +Robert Berger Delaware Charter,    1035 Mountain Dr.,    Deerfield, IL 60015-1805
15646446     +Robert Berland,    7 Convetry Lane,    Lincolnshire, IL 60069-3904
15646447     +Robert Goldstein,    829 Stables Ct. W,    Highwood, IL 60040-2056
15646448     +Sally Gantman,    1831 E. Mission Hills Rd.,    Northbrook, IL 60062-5726
15646449     +Samuel Jackson,    1250 Rudolph,    Unit 2K,   Northbrook, IL 60062-1423
15646450     +Sandra Goldstein,    1115 Heather Road,    Deerfield, IL 60015-3413
15646451     +Scott Stenn,    11 Devonshire Lane,    Lincolnshire, IL 60069-3226
15646452     #Scott Stenn,    First Trust Corp FBO,    P.O. Box 173301,   Denver, CO 80217-3301
15646453     +Seymour Cohen,    132 E. Delaware Place,    Apt. 5201,   Chicago, IL 60611-4946
15646454     +Seymour Katz,    4388 Knights Bridge Lane,    West Bloomfield, MI 48323-1625
15646455     +Shefsky & Froelich, Ltd.,    111 E. Wacker Drive,    Suite 2800,   Chicago, IL 60601-4209
15646456     +Sheldon & Lila Weinberg,    2818 Wildflower Court,    Glenview, IL 60026-1097
15646457     +Sherwin I. Pogrund,    Stone, Pogrund, Korey,    1 East Wacker Drive,    Suite 2610,
               Chicago, IL 60601-2001
15942613     +Shewin Pogrund Profit Sharing Trust,    1 E. Wacker Drive,    Suite 2610,
               Chicago, IL 60601-2001
15646458     +Shirley Goldrich,    c/o Stone, Pogrund Korey,    1 E. Wacker Drive,    Suite 2610,
               Chicago, IL 60601-2001
15646461     +Stanton  Miller,    1445 Arbor Lane,    Northbrook, IL 60062-4953
15646462     +Steve Werner,    1233 Hillside Road,    Northbrook, IL 60062-4627
15646463     +Stone, Pogrund & Korey, LLC,    1 E. Wacker Drive,    Suite 2610,   Chicago, IL 60601-2001
15646343     +Stuart Weis,    trustee of Stuart M Weis Revocable Trust,    330 W. Diversey,    Apt. 902,
               Chicago, IL 60657-6207
15646465     +Susan Reisner,    907 Timberhill Road,    Highland Park, IL 60035-5150
15646466     +Sylvia Shapiro,    8243 N. Keystone,    Skokie, IL 60076-2716
15646344     +Theodore J. Adams,    930 Gary Ct.,    Wheaton, IL 60187-4075
15646467     +Theodore J. Adams, Trustee of the,    Theodore J. Adams Trust dated 10/25/89,    930 Gary Ct.,
               Wheaton, IL 60187-4075
15646468     +Thomas Morton,    1040 Portsmouth Circle,    Gurnee, IL 60031-4025
15646469     +Toby Pogrund,    Stone, Pogrund, Korey,    1 East Wacker Drive,    Suite 2610,
               Chicago, IL 60601-2001
15646345     +Willard Werner,    2626 Lakeview,    Unit 3202,   Chicago, IL 60614-1826
```

```
District/off: 0752-1           User: acox                  Page 3 of 4                  Date Rcvd: Mar 03, 2015
                               Form ID: pdf006             Total Noticed: 135
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15646358       E-mail/Text: bankruptcynotice@crowehorwath.com Mar 04 2015 01:45:01     Crowe Horwath, LLP,
                Attn: Legal Dept,    P.O. Box 3697,   One Mid America Plaza - Suite 700,
                Oak Brook, IL  60522-3697
16520943       E-mail/Text: cio.bncmail@irs.gov Mar 04 2015 01:45:25      Internal Revenue Service,
                P.O Box 21126,   Philadelphia, PA  19114
                                                                                               TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15942612         Ryan Tetrick
15646341       ##+Allen Sutker,    330 Hazel Avenue,   Highland Park, IL 60035-3313
17529267       ##+Ame Redman,    1655 Lake Cook Road Apt 338,   Highland Park, ILlinois 60035-4432
15646342       ##+Bruce & Elizabeth D’Alba,    10 Maple Hill Road,   Glencoe, IL 60022-1308
15646374       ##+Fred & Belle Kornick,    1251 Hilary Lane,   Highland Park, IL 60035-2379
15646376       ##+Fred Kornick,    1251 Hilary Lane,   Highland Park, IL 60035-2379
15646396       ##+John Zumpano III Trust,    402 Hudson Avenue,   Clarendon Hills, IL 60514-2708
15646398       ##+Joseph Sellitto,    1420 Kaywood Lane,   Glenview, IL 60025-2342
15646406       ##+Leonard Levine,    3944 Proctor Circle,   Arlington Heights, IL 60004-1346
15646411       ##+Lois Simon,    122 Regent Wood Rd.,   Northfield,  IL 60093-2765
15646413       ##+Louis Williams, Jr.,    401 E. Ontario,  Apt. 4002,   Chicago, IL 60611-4443
15646414       ##+Marilyn Corona,    1960 N. Lincoln Park West,   Unit 412,   Chicago, IL 60614-6527
15646441       ##+Richard Richker,    350 Madison Avenue,   Glencoe, IL 60022-1810
15646459       ##+Shweta Parthasarathy,    1454 S. State Street,   Chicago, IL 60605-2803
15646460       ##+Sol Levinson,    3919 Albion Avenue,   Lincolnwood, IL 60712-3907
15646464       ##+Stuart Biegel,    401 Chapel Hill Lane,   Northfield, IL 60093-2905
                                                                                  TOTALS: 1, * 0, ## 15
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2015                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2015 at the address(es) listed below:
```
              Barbara J Dutton    on behalf of Creditor    Aurora Loan Services duttonlaw@aol.com,
               ecfdesk@duttonlaw.com
              Bruce E de'Medici    on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
              Bruce E de'Medici    on behalf of Accountant Blackman   Kallick bdemedici@gmail.com
              Bruce L Wald    on behalf of Debtor    Smith-Rothchild Financial Company bwald@tishlerandwald.com
              Christopher J Stasko    on behalf of Creditor    CitiMortgage, Inc. ND-Four@il.cslegal.com
              Christopher R Murphy    on behalf of Creditor    Midfirst Bank cmurphy@fisherandshapirolaw.com
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Horace  Fox, JR    on behalf of Accountant Lois  West foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Horace  Fox, JR    foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Horace  Fox, JR    on behalf of Attorney Bruce E. Demedici, foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Horace  Fox, JR    on behalf of Trustee David P Leibowitz, ESQ foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
```

```
District/off: 0752-1          User: acox                  Page 4 of 4                   Date Rcvd: Mar 03, 2015
                              Form ID: pdf006             Total Noticed: 135
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Horace Fox, JR    on behalf of Attorney    Lakelaw foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Jessica S Naples    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ND-Two@il.cslegal.com
              Jessica S Naples    on behalf of Creditor    GDBT I TRUST 2011-1 ND-Two@il.cslegal.com
              Joel P Fonferko    on behalf of Creditor    GMAC Mortgage, LLC as servicer ND-One@il.cslegal.com
              Joel P Fonferko    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               ND-One@il.cslegal.com
              Joel P Fonferko    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ND-One@il.cslegal.com
              Joel P Fonferko    on behalf of Creditor    Chase Home Finance LLC ND-One@il.cslegal.com
              Joel P Fonferko    on behalf of Creditor    CitiMortgage, Inc. ND-One@il.cslegal.com
              Joel P Fonferko    on behalf of Creditor    Wells Fargo Bank, NA ND-One@il.cslegal.com
              Joel P Fonferko    on behalf of Creditor Committee    Aurora Loan Services, LLC
               ND-One@il.cslegal.com
              Jonathan T Brand    on behalf of Attorney    Lakelaw jbrand@lakelaw.com,    ECF@lakelaw.com
              Michael J Kalkowski    on behalf of Creditor    MIDFIRST BANK mkalkowski@fisherandshapirolaw.com,
               BK_IL_Notice@fisherandshapirolaw.com
              Michael M. Eidelman, ESQ    on behalf of Creditor    The CIT Group/Business Credit, Inc.
               meidelman@vedderprice.com,    ecfdocket@vedderprice.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    US Bank National Association, as Trustee for the
               Structured Asset Investment Loan Trust, 2006-BNC3 ND-Four@il.cslegal.com
              Rachael A Stokas    on behalf of Creditor    GMAC Mortgage, LLC as servicer ND-Two@il.cslegal.com
              Rachael A Stokas    on behalf of Creditor    US Bank National Association, as Trustee for the
               Structured Asset Investment Loan Trust, 2006-BNC3 ND-Two@il.cslegal.com
              Ryan T Schultz    on behalf of Interested Party Irvin P. Hawthorne rschultz@fslc.com,
               bkdocket@fslc.com,abouse@fslc.com
              Sandra A. Franco    on behalf of Creditor    Urban Partnership Bank, as successor in interest to
               the Federal Deposit Insurance Corporation, as Receiver for ShoreBank sfranco@salawus.com
              Susan J. Notarius    on behalf of Creditor    American Home Mortgage Servicing, Inc.
               snotarius@Klueverplatt.com,    bknotice@klueverplatt.com
              Susan J. Notarius    on behalf of Creditor    FCI Lender Services, Inc. snotarius@Klueverplatt.com,
               bknotice@klueverplatt.com
              Timothy R Yueill    on behalf of Creditor    Wells Fargo Bank, N.A. timothyy@nevellaw.com
              Todd J Ruchman    on behalf of Creditor    MIDFIRST BANK truchman@fisherandshapirolaw.com,
               BK_IL_Notice@fisherandshapirolaw.com
              William W Thorsness    on behalf of Creditor    The CIT Group/Business Credit, Inc.
               wthorsness@vedderprice.com,    ecfdocket@vedderprice.com;ahesla@vedderprice.com
              Yanick Polycarpe    on behalf of Creditor    Saxon Mortgage Services ypolycarpe@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Yanick Polycarpe    on behalf of Creditor    EMC Mortgage Corporation ypolycarpe@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 37